United States District Court
District of Connecticut

Kemoah Parker

v.

Corrigan Redgowski Doc
Staff, ET, AL

CIVIL NO 3:19 cu 939 (SRU)

3-30 - 2020


Opposition to Defendants motion
for Summary Judgement


Pursuant to Fed. R. Ciu. P 56 Plaintiff opposes
Defendants motion for Summary on the Sole Claim challenged
to which is forlure to exhaust.

In Support plaintiff submits a memorandum of law and
disputes their statement of facts and the following attachments.

A) All Grievances

B) Defendants 56 (a)(1)

C) AD. 9.6

D) Corrigan Inmate Handbook pgs 7, 8, 9

E) Grievances with similar Answers

7) Affidavit of wayne Rogers regardin Grievance process

Certification

I hereby certify that on 3-30-20 , a copy of the foregoing was filed electronically using the courts cm/ecf system and can be accessed through the courts system. this has been mailed to any parties who can not access the courts system

Pro se plaintiff
Kimorah Parker 357229
Cheshire CI
900 Highland Ave
Cheshire CT 06410

United States District Court

District of Connecticut

SCANNED at _Cheshire_
and Emailed
_3/31/20_ by _M_ . _109_ pages
date    initials    No.

Kimorah Parker                                : Civil No 3'19 cu 939 (SRU)

V

Corrigan Radgowski Doc

Staff, ET, AL                                  : 3-30              2020

Plaintiffs Rule 56(a)(2) Statement

of Facts In opposition to Summary Judgment

I. Defendants Rule 56(a)(1)

1.) The plaintiff is a prose prisoner (complaint)

2.) Defendants are Correctional officers (Id)

3.) Plaintiff complains of an incident of Aug 17, 2018, During
which the defendants used excessive force (JRO)

4.) The plaintiff filed 2 Grievances Concerning the incident
on August 17, 2018 (E7c #14)

5.) The First Grievance was dated June 21 2019 (Id pg 11-12)

6.) The First Grievance was Rwod for various reasons
(E 7c 2a Attachment 5)

7.) The Second Grievance was Dated March 5th 2019 and
rejected because It was untimely (Id pg. 15)

8.) On April 25 2019 plaintiff filed level 2 Grievance Appeal which was untimely (Id pg 15)

9.) Neither Grievance filed by the plaintiff concerned the issues raised in the plaintiffs complaint. (Compare complaint with E7c #14)

II. Plaintiffs Rule 56 (a)(12)

1.) Admit (complaint)

2.) Admit (complaint)

3.) Admit (complaint, IRo)

4.) Deny (see Attachment A)

5.) Deny (See Attachment A)

6.) Deny (see Attachment A)

7.) Deny (see Attachment A)

8.) Admit (Defendants 56(a)(1)

9.) Deny (see Attachment A)

United States District Court

District of Connecticut

Kemorah Parker                              (SUP) No 3:18cv939(SRU)

       v.

Corrigan Radgowski Doc

Staff, ET, AL                               3 - 30 - 2020


          Memorandum of law in Support of Plaintiff
          opposition for Summary Judgment


I.) Facts

II) motion for Summary Judgement

III) PLRA Exhaustion Standard of review

IV Plaintiffs Exhaustion

## I. Facts

The Plaintiff, a Pro Se Inmate, brings this action against numerous Connecticut, Department of Correction ("DOC") officials. The plaintiff seeks damages against the defendants in their individual capacities for allegedly violating her Constitutional rights while she was confined as a pre-trial detainee at Corrigan Radgowski Correctional Center. This incident which is the subject of the plaintiffs complaint occured on August 17, 2018. (See complaint). The plaintiff has plausibly stated an excessive force claim against defendants Witherspoon, Miser, and Muzykoski. (IRO, pgs) Additionally, she has also plausibly alleged an excessive force claim against supervisory defendants Faucher, Cronin, and Diloreto. (ID., pg6)

## II. Motion For Summary Judgment

In a motion for Summary Judgment, the burden is on the moving party to establish that there are no genuine issues of material fact in dispute and that the party is therefore entitled to Judgment as a matter of law. See Rule 56(a), Fed.R.Civ.P.; Anderson V. Liberty Lobby Inc., 477 U.S. 242 (1986). The moving party may satisfy this burden "By showing -- that is pointing out to the district court -- that there is an absence of evidence to support the nonmoving party's case." Pepsico, Inc. V. Coca-Cola Co., 315 F.3d 101, 105 (2d Cir. 2002) Once the moving party meets this burden, the nonmoving party must "set forth specific facts

1

Showing that there is a genuine issue for trial," Anderson, 477 U.S. at 255, and present such evidence as would allow a jury to find in his favor in order to defeat the motion for summary judgment. Graham v. Long Island R.R., 230 F.3d 34, 38 (2d Cir. 2000). Merely restating the conclusory allegations of a complaint may not be sufficient to successfully oppose a motion for summary judgment. Zygmund v. Foster, 106 F. Supp. 2d 352, 356 (D. Conn. 2000)(citing cases)

When reviewing the record, the court resolves all ambiguities and draws all permissible factual inferences in favor of the party against whom summary judgment is sought. Patterson v. County of Oneida, NY, 375 F.3d 206, 218 (2d Cir. 2004). If there is any evidence in the record on a material issue from which a reasonable inference could be drawn in favor of the non moving party, summary judgment is inappropriate. Security Ins Co of Hartford v Old Dominion Freight Line Inc., 391 F. 3d 77, 83 (2d Cir 2004). However, "The mere existence of a scintilla of evidence in support of the (Plaintiff) position will be insufficient; there must be evidence on which the jury could reasonably find for the Plaintiff." Dawson v. County of Westchester, 373 F.3d 265, 272 (2d Cir 2004)(quoting Anderson, 477 U.S. at 252)).

III  PLRA Exhaustion

The Prison Litigation Reform Act of 1996 ("PRLA"), 42 U.S.C. 1997e (A) requires inmates to exhaust administrative

2

remedies prior to seeking relief in Federal Court.
Porter v. Nussie, 534 U.S. 516, 532, 122 S. Ct. 983, 152 (2002). The Supreme court has held that inmates must exhaust administrative remedies before filing any type of action "about prison life" Porter v. Nussle, 534 US. 516, 532 (2002) regardless of whether or not the inmate may obtain specific relief he or she desires through the administrative process. Booth v. Churner 532 U.S. 731, 741, 121 S. Ct. 1819 (2001). An inmate who fails to file an administrative grievance may not bring the claim in Federal court. Adekoya v. Federal Bureau of Prisons, 375 Fed. Appx 119, 120 (2d cir. April 29, 2010) (Barring inmate Federal lawsuit where inmate failed to exhaust administrative remedies)

It is well established that, "proper exhaustion demands compliance with an agency's deadlines and other critical procedural rules" Woodford v. Ngo, 548 U.S. 81, 90-91, 126 S. Ct. 2378, 2387-88 (2006), and a plaintiff may not "shoe-horn" claims into his Federal lawsuit for which he did seek administrative relief. See Baldwin v. Arnone et al, No. 3:12 cv243 (JcH), 2013 WL 628660, (D. Conn. Feb. 19, 2013) (Inmate must grieve prison acts of which he complains in his grievance), Turner v. Goord, 376 F. Supp. 2d 321, 325 (W.D.N.Y. 2005) (Authorizing an inmate to litigate "a Federal lawsuit based on allegations that were never made at the administrative level would make a 'mockery of the exhaustion requirement.")

The PLRA requires "proper exhaustion" which means "using all the steps that the prison grievance system holds out and doing so properly" so that the prison

2

grievance system can address the issues of the merits. *Woodford v. Ngo*, 548 U.S. 81, 90 (2006). untimely or otherwise procedurally defective administrative grievances or appeals, fail to satisfy PLRA's Exhaustion Requirement. *Id.* at 83-84

## IV. Plaintiffs Exhaustion

\* Plaintiffs exhaustion of available remedies Documents

E7C, #14 are copies of documents that D.O.C Claims to have gotten and Processed. Attached are documents the the Doc claims not to have received see (Attachment A).

At the time discovery was filed, the only papers filed at that time were received from Doc via FOIA, in a good faith effort to Comply with Initial Discovery disclosure as set forth in Rule 26 Fed. R. Civ. P.

Plaintiff was unaware at the time that all documents filed within D.O.C were useable as evidence, not Just the ones that received responses

Taking into account *Ross v Blake*, 136 S. CT 1850 (2016) the Supreme Court held that when the Grievance process is unavailable "the inmate has no obligation to exhaust Remedies". 136 S ct 1850, 1859 (2016) "an administrative Proceedure is unavailable when (Despite what regulations or guidance materials may promise) it operates as a simple dead end — With officers unable or consistently unwilling to provide any relief to aggrieved Inmates." or when It is "So opaque that it becomes, practically speaking incapable of use." or when "Prison Administrators thwart Inmates from taking advantage of a grievance Process

through machination, misrepresentation, or intimidation."
Id at 1859-60. The list of circumstances described in
Ross decision "do not appear to be exhaustive." Williams. Corr.
Officer Priatno, 829 7.3d 118, 123 n.2 (2d cir 2016)
Anders v. Marshall, 867 7.3d 1076, 1078 (9th cir 2017).

Because Plaintiff has only filed one civil action and
used only the courts format, the complaint is vague and
did not discuss the grievances that were not acknowledged
and because pre-trial discovery has yet to be done
Plaintiff did not submit all documents, especially ones
thought to be un-usable to which are attached as
Attachment A.

Furthermore Defendants quote prison Directive 9.6
to which is not provided but Plaintiff is expected to
know. (Attachment C) If you use what is provided
which is a handbook (Attachment D) it is vague on
the proper procedure if grievances are not acknowledged
and again would go back to the earlier statement made
in Ross. The Grievance System as a whole in Connecticut
is set up to fail by confusing inmates and running you
in circles and until they can say your untimely, then
"Rubber Stamping" grievances. As in Ross at 1861, Plaintiff
has multiple Grievances along with others used in
civil actions, these are precisely what is being
discussed in Ross. (Attachment E). Also see
Rogers v. Hines 3:16-CV-457 (D.Conn mar.21,2016)
motion to Dismiss for failure to exhaust Denied.

If you take into account all the different responses and rejections set out in Attachment E, it is clearly incapable of meaningful use. Ross at 1859.

Now in regards to the PLRA Exhaustion is indeed Straight forward, as in "proper exhaustion" and "available" to plaintiff, not wanting to overstate, But once again we can revert back to the case cited by Defendants counsel, Ross, Ross gives the definition for "available" and furthermore to the point, anywhere near meaningful.

However the Grievances filed by the plaintiff and the ones Acknowledged are two totally different things, the ones filed are enough to exhaust Available Remedies, and the ones Acknowledged are enough to show on the Doc side that their doing their Job weather rubber Stamping or not.

Accordingly, Plaintiff Exhausted the remedies "Available" to her. Ross v. Blake, 136 S.ct. 1862 (2016) (An inmate need exhaust only such administrative remedies as are "Available")

II Conclusion

For all the foregoing reasons, and Documents recieved the defendants are not entitled to Summary Judgment as a matter of Law and therefore Judgment for the Defendants must be denied in full.

Respectfully Submitted

Kimorah Parker

Certification

I hereby certify that on 3-30-26 , a copy of the foregoing was filed electronically using the courts CM/ECF System and can be accessed through the courts System. This has been mailed to any parties who can not access the courts System

Pro Se plaintiff
Kimoreh Parker 357229
Cheshire CI
900 Highland Ave
Cheshire CT 06410

# ATTACHMENT A



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: Corrigan CI | Date: 1-8-19 |
|---|---|
| Inmate name: Kenorah Parker | Inmate number: 357229 |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW:**

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A. ☒** **I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B. ☐** **I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C. ☐** **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > **Complete Section 3 below** |
|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > |
| | ☐ Rejection of Correspondence | > |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: |
|---|---|---|

| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |
|---|---|---|---|

Name(s) of any witness(es):

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I've written a statement against officer Gayle. I've filed numerous Informal Resolutions. I've spoken to Warden Faucher, Captain Diloretto, & LT cronin about the Situation that occured on August 17 2018 when I was taken to RHU over a razor and excessive force was used by LT muzy Koski, misery and Witherspoon. I was body examined and maced numerous times. I was not being violent or aggressive in any manner I was trying to explain what happened. Even after the incident I discussed at with Captain diloretto, LT cronin, and warden Faucher they told me they'd look into it but nothing was done and none of the officers were investigated at all as to why they disregarded their employee discipline directive. I feel as a trans woman I was targeted and the LT and officers had no valid reason to treat me with excessive force. I want this Investigated and something done.

Inmate signature: X _____   Date: 1-8-19

- **For all remedies except health services, deposit this form in the Administrative Remedies box.**
- **For a health services issue, deposit this form in the Health Services box.**

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | | T#: |
|---|---|---|---|
| Disposition: | | Date of Disposition: | |

Reason:

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: | |
|---|---|---|
| Signature: | | Date: |

To: United States District Court
915 Laffayette Blvd
Bridgeport CT 06604

From: Kemorah Parker 357229
3:19 CV939
Cheshire CT
900 Highland Ave
Cheshire CT 06410

- I'd like to file a motion for a request of discovery
  for the original RHU escort tape from August 17 2018
  And the unit tape from H pod 205 cell on the date of
  Aug 17 2018 as well.

- I also would like to file a motion for request of
  admission on the parties involved as well

- And Im also submitting more evidence for the case
  as well that I'd like placed in my file. There are
  11 pages Attached.

SCANNED at _CC 1_
and Emailed
_10/17/19_ by _____ _____ pages
date        initials   No.



## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Kenneth Parker          Inmate number: 357229

Facility/Unit: Corrigan     Housing unit: H 11S      Date: 1-11-19

Submitted to: FOI Bowers

Request: Id like to reserver the video from the date Monday August 27 2018 appox 9 am - 12pm as well as the tape from 8/16/18 Approx 8:45 am - 1030 am. On the date of Aug 27 it should be seen on tape I gave LT cronin a statement against Kyle through the door cell 16 or 17 and I just need it on hold on 8/16/18 when the counselor added my name to the incident list and C/O aredline wants the 1st at my window and plotts the list on the razor bor. Thanks in advance.

###### continue on back if necessary

Previous action taken:

###### continue on back if necessary

Acted on by (print name): BOWERS          Title: C/O

Action taken and/or response:

FOI response generated

###### continue on back if necessary

Staff signature:          Date: 8/18/19



**STATE OF CONNECTICUT**
**Connecticut Department of Correction**
CORRIGAN-RADGOWSKI CORRECTIONAL CENTER
986 NORWICH NEW LONDON TURNPIKE, UNCASVILLE, CT. 06382

December 26, 2018

Inmate:      Parker, Kimorah
Housing:    Corrigan H115

RE: Freedom of Information Request

Dear Ms. Parker,

This will acknowledge receipt of your request for documents pursuant to the Freedom of Information Act.
Re: **statement made to Lt. Cronin against C/O Yagle in regards to tampering with the razor list.**

There are no documents found responsive to this request. Sincerely,

CO Bowers
FOI Liaison
Corrigan CC

Michelle King
Notary Public
Connecticut
*My Commission Expires*

Ct.gov  State of Connecticut



# STATE OF CONNECTICUT
## Connecticut Department of Correction
**CORRIGAN-RADGOWSKI CORRECTIONAL CENTER**
**986 NORWICH NEW LONDON TURNPIKE, UNCASVILLE, CT. 06382**

10/11/2018
Parker, Kimorah
**Re: Freedom of Information Request**

Ms. Parker,

This will acknowledge your request pursuant to the Freedom of Information Act for a written statement against C/O Yagle and any investigation that has been done in regards to it. Please note that this is too broad of a search. Please resubmit the request with a time frame to be looked into at this time no information is being looked for.

REDACTED INFORMATION:
Per CT General Statutes 1-210
Employee's first names and initials
Security information
SRG information
Medical Incident Reports unless inmate is the requester
Names of employees and proof of staff injuries will not be included
Any photographs that do not depict the requester
I/Ms first names and numbers that do not pertain to the requester

A.D. 3.10 Fees
Inmates. An inmate shall be charged twenty-five cents for each page copied. The fee shall be waived if an inmate is indigent. For copies of records pursuant to the Freedom of Information Act, an inmate shall be considered indigent if the monetary balance in his or her inmate trust account, or any other known account, has not equaled or exceeded five dollars ($5.00) at any time (1) during the ninety (90) days preceding the receipt by the Department of the request for records and (2) during the days preceding the date on which the request for records is filled.

Officer Bowers
FOI Liaison
Corrigan Radgowski CC.

**Inmate Request Form**
Connecticut Department of Correction

CN 9601
REV 1/31/09
Submitted 2/1/19

Inmate name: Kimbrah Parker          Inmate number: 357229

Facility/Unit: Corrigan          Housing unit: #115          Date: 12/6/18

Submitted to: Caption Moretto

Request: I'm writing this in regards to the situation that happened with C/O Yuple on 8/17/18. I wrote a statement on Officer Seigle and asked this situation be investigated. I was denied a shaving razor after the incident, lost was tampered with. I had a mental breakdown and a code was called which resulted in me being maced 3 times, two of those times I was already cuffed. I was also slammed to the floor and a C/O pressed their knee into my neck. I've been trying to get the 70t packet on this entire situation and I'm getting ignored. I would like this matter to be investigated and all staff involved written up and suspended for the uneeded extra force. My 8th

continue on back if necessary

Previous action taken:

Came December 10"

continue on back if necessary

Acted on by (print name):          Title:

Action taken and/or response:

Michelle King
Notary Public
Connecticut
My Commission Expires 4/2/20

continue on back if necessary

Staff signature:          Date:

Inmate Request Form
Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Kimrach Parker          Inmate number: 357224

Facility/Unit: Corrigan          Housing unit: H115          Date: 12/6/18

Submitted to: LT Crook

Request: I'm writing this in regards to the situation that happened with C/O Yuske on 8/17/18. I wrote a statement on officer Yuske and asked that situation be investigated. I was denied a grievance after the incident that was tampered with. I had a mental breakdown and a code was called which resulted in me being maced 3 times two or three times I was already cuffed. I also was slammed to the floor and a C/O pressed their knee into my neck. I've been trying to get the fat parket on the entire situation and I'm getting ignored. I want this matter fully investigated and all staff involved written up and suspended for the uncalled extra force. my 8th amendment

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):          Title:

Action taken and/or response:

*continue on back if necessary*

aff signature:          Date:

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Submitted 2/7/19

Inmate name: Vismorah Packer

Inmate number: 357229

Facility/Unit: Corrigan

Housing unit: H-115

Date: 1-8-19

Submitted to: LT. Cromo

Request: This is my second time writing about the situation involving the situation regaurding c/o Yagle and the Statement I wrote against him it seems that you didn't put the statement in the incident packet. I wrote and got the packet from that situation where's involved me being maced and over use of force and being placed in seg, I received the Fot packet but that statement wasn't in it also alot of the stuff written is false. Can you please contact me soon about this. Thanks in advance

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):                          Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:                                   Date:

Inmate Request Form
Connecticut Department of Correction

CN 9601
REV 1/31/09

Scanned 9/7/19

| Inmate name: Vernoseh Parker | | Inmate number: 357224 |
| --- | --- | --- |
| Facility/Unit: Corrigan | Housing unit: H-217 | Date: 9/9/18 |

Submitted to: Administrative Remedies Officer Varon

Request: I've previously written a statement against C/o yeople about
the situation where he purposely tempered with the razer first
which ultimately cause me to have a mentle Health break down
and end up in RHU. Captian D'llorreto "Investigated" this but
as predicted seen nothing. This C/o yoale purposly targeting
and discrimination against me is wrong and I'd like something
done about it. This actual situation happen 8-17-18 Approx 11:45Am
1200 pm. Thanks in advance.

--- continue on back if necessary ---

Previous action taken:

--- continue on back if necessary ---

| Acted on by (print name): | | Title: |
| --- | --- | --- |

Action taken and/or response:

Michelle King
Notary Public
Connecticut
My Commission Expires: 9/22/20

--- continue on back if necessary ---

| Staff signature: | | Date: |
| --- | --- | --- |

Interview (copy)
Statement                    8/23/18

On 8/16/18 approx 9.03 Am - 9.45 am the counselor
that was filling in for the usual counselor came
into H pod Blond Haired baby wearing a black back pack
and handed the c/os a stack of Request forms then
shortly after I witnessed her from my cell window
(after c/o weglarz called me stating I'm on the indigent
list for a razor) add me to the list with a
blue pen, c/o weglarz then waves the paper at
me and announces out loud that I'm on the
indigent list to recieve a razor, I watch as
he places the list on top of the razors within
the razor box, then secure the box, c/o weglarz
did a tour handing out sheets then at my door for
a third time let me know I'm on the indigent list.

The following day me and c/o yusle have an
issue over the tv he calls me to the address
to further explain why he changed the he said
"we don't watch that here" referring to the wendy
williams show. I say okay are we done he nodds
me then some point after which he opens the razor
box and announces theres no razor that between
the times 10 am and Razors he did something
with the Razor list himself or simply lied because
of his grudge from the earlier situation involving
the TV. either way its very clear and
evident through of and discrimin action compelling
I need my razor please & I'm in the window single
arm, He knew I wanted a razor All of this
stuff above Ive stated is on tape and I hope

a full investigation of this matter happens as
well as something to right his wrong. The
situation that happened afterward I don't
I personally can't recall because I blacked
out, however before this situation I spoke
with many state Lts, Warden, deputy warden
also multiple mental health complaints and grievances
I gave many verbal and written complaints of
this treatment but nothings being done about it.
I hope now that theres footage it will be
enlightenment for future situations - end of statement

Jeremiah Parker



| **Inmate Administrative Remedy Form**<br>**Connecticut Department of Correction** | CN 9602<br>REV 8/22/13 |
|---|---|

| Facility/Unit: Hartford CC Forward Corrigan CI | Date: 1/21/19 |
|---|---|

| Inmate name: Vancross Parker | Inmate number: 357229 |
|---|---|

**SECTION 1**            SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions *(for properly claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐  **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.            >   Refer to Section 2 below

**B.** ☐  **I am requesting a Health Services Review:**  ☐ Diagnosis/Treatment           >
                                                                                                          ☐ All Other Health Care Issues           >   Complete Section 4  >>>>

**C.** ☐  **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.

☐ Disciplinary Action            >   Complete Section 3 below

☐ Special Management Decision            ☐ Classification Decision
☐ Media Review Committee Decision            ☐ Furlough Decision            >
☐ Security Risk Group Designation            ☐ ADA Decision            >   Complete Section 4  >>>>

☐ Determination of Grievance Process Abuse            ☐ Rejection of Outside Tapes/CDs            >
☐ Determination of Retroactive RREC Credits            ☐ Rejection of Correspondence

**SECTION 2**            OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3**            DISCIPLINARY SECTION -- Complete this Section for a Disciplinary Appeal ONLY

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|

| Facility where hearing was conducted: | Date of hearing: |
|---|---|

| Did you have an advocate?   ☐ yes   ☐ no   If yes, name of advocate: |
|---|

| Did you identify witness(es) to the investigator?   ☐ yes   ☐ no   Did your witness(es) testify?   ☐ yes   ☐ no |
|---|

Name(s) of any witness(es):

| **CONFIDENTIAL** | Inmate name Hamah Parker | |
|---|---|---|
| (FOR OFFICIAL USE ONLY) | Inmate number: 357229 | Housing: C 3 18 |

**SECTION 4**     STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. I wrote a CN 9601 form to captian diloretto on 12/6/18 in regards to finding out who has the statement I wrote against C/O Yusle considering captian diloretto did an investigation on the situation I'd expected him to know where it was however to no avail, there wasn't a statement in the FOI packet which leads me to believe it was never put in. So I'd like captian diloretto to either give me an explaination as to the whereabouts of this statement and or send it to me. Also I'd like him investiga for tampering with the statement and keeping it hidden. Ix enclosed the copy of the statement I wrote as well.

| Inmate signature: | | Date: 1/21/19 |
|---|---|---|

For all remedies except health services, deposit this form in the **Administrative Remedies box.**
For a health services issue, deposit this form in the **Health Services box.**

**SECTION 5**     DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|
| Disposition: RWD 179 | | Date of Disposition: |

Reason:

See attached. CN 9602.

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: | |
|---|---|---|
| Signature: | | Date: |

Administrative Remedy Form
Connecticut Department of Correction

original

| Facility/Unit: Hartford CC _Forward to Corrigan_ | Date: 3-5-19 |
|---|---|
| Inmate name: Kamorah Parker | Inmate number: 357229 |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

| | **I am filing a Grievance.** |
|---|---|
| A. ☐ | • Prior to filing a grievance, you must attempt informal resolution. |
| | • Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached. |
| | • Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. |

| | **I am requesting a Health Services Review:** | | |
|---|---|---|---|
| B. ☐ | ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |

| | **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)* | | |
|---|---|---|---|
| | ☐ Disciplinary Action | > | **Complete Section 3 below** |
| | ☐ Special Management Decision | ☐ Classification Decision | > |
| C. ☐ | ☐ Media Review Committee Decision | ☐ Furlough Decision | > |
| | ☐ Security Risk Group Designation | ☐ ADA Decision | > |
| | ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > |
| | | ☐ Rejection of Correspondence | > |

With **Complete Section 4** for the right column group.

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**

• Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

• Only one request for an administrative remedy must be submitted on this form.
• The request for an administrative remedy and the action sought should be stated simply and coherently.
• The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
• This request for an administrative remedy must be free of obscene or vulgar language or content.
• This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
• A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

• You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
• If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |
| Did you have an advisor? ☐ yes ☐ no | If yes, name of advisor: |
| Did you identify witness (es) to the investigator? ☐ yes ☐ no | Did your witness (es) testify? ☐ yes ☐ no |
| Name(s) of any witness(es): | |

Recieved 4/24/19

CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate number: 357229    Housing: C320

### SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I've written Captian DiIorotto and Lieutenant Cronin about getting a copy of the statement I wrote against yayle regurding a Razor. I Received No response from netther. I also wrote FOI to get the statement but 95 not in the packet. Caption DiIorotto and LT cronin hasn't responded. I went a copy of my statement or a response to where it 95. I've include three unaswerd requests.

Inmate signature: _____    Date: 3-5-19

- For all remedies except health services, deposit this form in the **Administrative Remedies** box.
- For a health services issue, deposit this form in the **Health Services** box.

### SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 4/1/19    IGP #: 140-19-091    T#: T20193

Disposition:    Date of Disposition: 4/8/19

Reason:    **Rejected**

Per AD 9.6 a grievance must be filed within 30 calendar days of the occurence or the discovery of the cause of the grievance. You are referring to an incident that occurred 8/17/18, This is well beyond that 30 day timeframe.

☐ You have exhausted DOC's Administrative Remedies.    ☑ This matter may be appealed to: D/A

Signature: AW Cano    Date: 4/8/19

# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

| Inmate name: Kymonth Parker (Forward to Corrigan) | Inmate number: 357229 |
|---|---|
| Facility/Unit: New Haven correctional | Housing unit: CC7 | Date: 4-25-19 |
| IGP number: 40-19-091 | T number: T20193 |

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: I recieved The Requested Foi Packet on December 26 2018. I already began writing requests seeking informal resolution. I First Submitted the foresaid Grievence 1-6-19, which was well within the 30 day Period. Now it seems like all thats happening is Staff abuse of the administrative remedies process. I went a copy of the Statement I Physically handed LT cronra, or a reason why its not in the Foi Packet.

Inmate signature: _____     Date: 4/25/19

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 5/9/17 | Disposition: Rejected | Date of disposition: 5/17/19 |
|---|---|---|

Reasons:

You're filing a Level 2 Grievance Appeal on a Level 1 Grievance that was rejected for time frame. As stated in the disposition provided by Acting Warden Carlos you must file your appeal within 30 Calendar days of the occurrence or discovery in accordance with Administrative Directive 9.6 Inmate Administrative Remedies. Your Level 2 appeal is rejected and is not subject to further appeal. Your remedy does not meet the criteria to be filed, reviewed or answered by the Level 3 Reviewer.

Level 2 reviewer: _____

☐ This grievance may be appealed within 5 days to Level 3.

☒ ~~You have exhausted the Department's Administrative Remedies.~~ Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:




Inmate signature: _____     Date: 

**Deposit your appeal in the "Administrative Remedies" box.**

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:




Level 3 reviewer:

# ATTACHMENT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMORAH PARKER | : | CIVIL NO. 3:19CV939 (SRU) |
| | : | |
| V. | : | |
| | : | |
| CORRIGAN RADGOWSKI DOC | : | |
| STAFF, ET AL. | : | MARCH 5, 2020 |

### DEFENDANTS' RULE 56 (A)(1) STATEMENT

**I.   FACTS**

1.   The plaintiff is a *pro se* inmate. (Complaint)

2.   The defendants are correctional officials. (Id.)

3.   The plaintiff complains about an incident of August 17, 2018, during which the defendants allegedly used excessive force. (Initial Review Order)

4.   The plaintiff filed two administrative grievances concerning the incident of August 17, 2018. (Plaintiff's discovery motion; ECF #14)

5.   The first administrative grievance was dated January 21, 2019. (Id., pg. 11-12)

6.   The first administrative grievance was returned without disposition, for various reasons. (Attachment 5)

7.   The second administrative grievance was dated March 5, 2019 and was rejected because it was untimely. (Id., Pg. 14)

8.   On April 25, 2019, the plaintiff filed a Level 2 Grievance appeal, which was untimely. (Id., pg. 15)

9.   Neither Administrative Grievance filed by the plaintiff concerned the issues raised in the plaintiff's Complaint. (Compare Complaint with ECF #14)

# ATTACHMENT C

| State of Connecticut Department of Correction | Directive Number 9.6 | Effective Date 8/15/2013 | Page 1 of 14 |
|---|---|---|---|
| ADMINISTRATIVE DIRECTIVE | Supersedes Inmate Administrative Remedies, dated 11/27/2012 | | |
| Approved By *James Dzurenda* Interim Commissioner James E. Dzurenda | Title Inmate Administrative Remedies | | |

1.  Policy. The Department of Correction shall provide a means for an inmate to seek formal review of an issue relating to any aspect of an inmate's confinement that is subject to the Commissioner's authority. The Inmate Administrative Remedies Process enables the Department to identify individual and systemic problems, to resolve legitimate complaints in a timely manner and to facilitate the accomplishment of its mission.

2.  Authority and Reference.

    A.  United States Code, 42 USC 1997e and 42 USC 12101 et seq.
    B.  Code of Federal Regulations, 28 CFR 40, Standards for Inmate Grievance Procedures.
    C.  Porter v. Nussle, 534 US 516 (2002).
    D.  Connecticut General Statutes, Chapter 53 and Sections 18-81 and 18-81y.
    E.  Regulations of Connecticut State Agencies, Sections 4-157-1 through 4-157-17.
    F.  Administrative Directives 2.17, Employee Conduct; 4.7, Records Retention; 6.10, Inmate Property; 6.14, Security Risk Groups; 8.9, Health Services Review; 9.2, Offender Classification; 9.4, Restrictive Status; 9.5, Code of Penal Discipline; 9.9, Protective Management; and 10.7, Inmate Communications.
    G.  American Correctional Association, Standards for the Administration of Correctional Agencies, Second Edition, April 1993, Standards 2-CO-3C-01 and 2-CO-4B-03.
    H.  American Correctional Association, Standards for Adult Correctional Institutions, Fourth Edition, January 2003, Standard 4-4284.
    I.  American Correctional Association, Performance-Based Standards for Adult Local Detention Facilities, Fourth Edition, June 2004, Standard 4-ALDF-6B-01.
    J.  American Correctional Association, Standards for Adult Probation and Parole Field Services, Third Edition, August 1998, Standard 3-3179.

3.  Definitions. For the purposes stated herein, the following definitions apply:

    A.  Administrative Remedies Coordinator. An employee of the facility designated by the Unit Administrator to coordinate the Inmate Administrative Remedies Process.
    B.  Appeal. The application for formal review of an agency decision.
    C.  Compromised. The application for administrative remedy has sufficient merit that some modification of the existing decision is warranted.
    D.  Denied. The application for administrative remedy is without merit.
    E.  Direct Contact Employee. An employee who has daily or regular supervision of inmates as part of the employee's job.
    F.  Grievance. A written complaint filed by an inmate on the inmate's own behalf in accordance with the procedures stated herein.

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 2 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

    G.   <u>Inmate</u>. A person in the custody of the Commissioner of Correction to include those confined in a facility or under community supervision.

    H.   <u>Rejected</u>. The application for administrative remedy does not meet the application requirements of the particular remedy.

    I.   <u>Unit</u>. An organizational component of the Department, including correctional institutions, correctional centers, and Parole and Community Services offices.

    J.   <u>Unit Administrator</u>. The person in charge of a facility or unit specified in Section 3(H) of this Directive.

    K.   <u>Upheld</u>. The application for administrative remedy is granted.

    L.   <u>Withdrawn</u>. The inmate voluntarily discontinues the pursuit of an administrative remedy.

4.   <u>Administrative Remedies</u>. There are several administrative remedies, each addressing a different aspect of correctional management.

    A.   <u>Inmate Grievance Procedure</u>. The Inmate Grievance Procedure is outlined in Section 6 of this Directive. The Inmate Grievance Procedure provides an administrative remedy for all matters subject to the Commissioner's authority that are not specifically identified in Sections 4(B) through 4(I) of this Directive.

    B.   <u>Appeal of a Classification Decision</u>. An appeal of a classification decision shall be in accordance with Section 7 of this Directive.

    C.   <u>Appeal of a Special Management Decision</u>. An appeal of a special management decision shall be in accordance with Section 8 of this Directive.

    D.   <u>Appeal of a Security Risk Group Member Designation</u>. An appeal of a Security Risk Group Member designation shall be in accordance with Section 9 of this Directive.

    E.   <u>Appeal of a Disciplinary Action</u>. An appeal of a guilty finding received at a disciplinary hearing shall be in accordance with Section 10 of this Directive.

    F.   <u>Appeal of Decision to Reject Religious or Educational Tapes/CDs Not Available in the Commissary</u>. An appeal of a decision to reject religious or educational tapes/CDs not available in the commissary shall be in accordance with Section 11 of this Directive.

    G.   <u>Appeal of a Media Review Committee Decision</u>. An appeal of a Media Review Committee decision shall be in accordance with Section 12 of this Directive.

    H.   <u>Appeal of a Decision to Reject Unacceptable Correspondence</u>. An appeal of a decision to reject unacceptable correspondence shall be in accordance with Section 13 of this Directive.

    I.   <u>Appeal of a Furlough Decision</u>. An appeal of a furlough decision shall be in accordance with Section 14 of this Directive.

    J.   <u>Appeal of an Americans with Disabilities Act (ADA) Decision</u>. An appeal of an ADA decision shall be in accordance with Section 15 of this Directive.

    K.   <u>Property Claim</u>. Provisions for filing a claim of lost or damaged property shall be in accordance with Section 16 of this Directive.

    L.   <u>Health Services Review</u>. Request for review of any matter relating to the delivery of health care services shall be in accordance with Administrative Directive 8.9, Health Services Review.

    M   <u>Appeal of Determination of Retroactive RREC credits</u>. An appeal of a determination of retroactive RREC credits shall be in accordance with Section 17 of this Directive.

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 3 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

5.   General Provisions. The following provisions shall apply to all administrative remedies:

A.   Notice.

   1.   Administrative Directive 9.6, Inmate Administrative Remedies, shall be published in English and Spanish. Each inmate, direct contact employee (to include any direct contact contractor) shall be issued a written summary of Administrative Directive 9.6, Inmate Administrative Remedies, upon initial contact with the Department. An inmate whose primary language is Spanish shall receive a copy translated into Spanish. Appropriate provision shall be made for those who do not read, speak or understand English or Spanish. Inmates who are impaired or disabled shall receive assistance as necessary.

   2.   English and Spanish copies of Administrative Directive 9.6, Inmate Administrative Remedies, shall be available in each library and shall be available to an inmate upon request.

   3.   During orientation, each inmate shall receive verbal instruction on Administrative Directive 9.6, Inmate Administrative Remedies, the subject matters that each pertains to, the forms used for filing, and the provisions for filing. This instruction shall encourage questions and take place as part of the orientation curriculum, no later than two (2) weeks after admission.

   4.   Staff shall receive verbal instruction regarding Administrative Directive 9.6, Inmate Administrative Remedies during orientation training.

B.   Access. Each inmate in the Department's custody shall have access to Administrative Directive 9.6, Inmate Administrative Remedies. Special provisions shall be made to ensure access for the impaired or disabled, illiterate or those with language barriers.

   1.   Any inmate who needs assistance in using the Inmate Administrative Remedies Process shall receive assistance upon request.

   2.   Access to the Inmate Grievance Procedure shall only be limited as a result of abuse of the Inmate Grievance Procedure in accordance with Section 6(N) of this Directive or failure to comply with the Inmate Grievance Procedure.

C.   Depositories and Collection. All grievances, appeals and property claims shall be submitted by depositing them in a locked box clearly marked as 'Administrative Remedies'. The Unit Administrator shall ensure that an adequate number of collection boxes are accessible within the facility.

D.   Administrative Remedies Coordinator. The Unit Administrator shall appoint two employees of the facility to be Administrative Remedies Coordinators, one as the primary coordinator and the other to serve as the secondary coordinator. The Unit Administrator shall arrange for the training of each Administrative Remedies Coordinator. The Administrative Remedies Coordinator shall:

| Directive Number | Effective Date | Page 4 of 14 |
|---|---|---|
| 9.6 | 8/15/2013 | |
| Title | | |
| Inmate Administrative Remedies | | |

1. ensure that notice and instruction regarding the Inmate Administrative Remedies Process is provided to each inmate during orientation;

2. ensure that current administrative remedy forms are available in all housing units;

3. ensure that the current Administrative Directive 9.6, Inmate Administrative Remedies, is available in the library and to any inmate who requests it;

4. ensure that collection of administrative remedy forms is conducted each business day;

5. complete and forward CN 9603, Administrative Remedy Receipt to the inmate and place a copy of the receipt in the appropriate file;

6. ensure that each CN 9602, Inmate Administrative Remedy Form is properly logged and routed for investigation and response in accordance with Attachment A, Administrative Remedies Routing Chart; and,

7. assist the Unit Administrator to act within the scope and authority of the Inmate Administrative Remedies Process.

E. Administrative Remedy Filing. A request for an administrative remedy must be filed in accordance with the following provisions:

1. A request for an administrative remedy must be filed, in writing, on CN 9602, Inmate Administrative Remedy Form.

2. Each request for an administrative remedy must be submitted on a separate CN 9602, Inmate Administrative Remedy Form, or CN 9609, Lost/Damaged Property Investigation Form, as appropriate.

3. The request for an administrative remedy and the action sought should be stated simply and coherently.

4. The length of the request for an administrative remedy shall be restricted to the space available on the face of the CN 9602, Inmate Administrative Remedy Form and one (1) additional 8 1/2 x 11 inch page.

5. The request for an administrative remedy must be free of obscene or vulgar language or content.

6. The request for an administrative remedy must be filed by an inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.

7. A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

F. Process Integrity. The Unit Administrator shall ensure that no employee who is the subject of an investigation shall investigate or participate in the resolution of an administrative remedy.

G. Monitoring and Evaluation. The Unit Administrator shall conduct an evaluation of the Inmate Administrative Remedies Process in May of each year. Inmates and employees shall be afforded an advisory role in the evaluation, which shall include a review of both the effectiveness and credibility of the Inmate Administrative Remedies Process and recommendations for revision. An annual report for each fiscal year shall be presented to the Commissioner by September 1 of

| Directive Number | Effective Date | Page 5 of 14 |
|---|---|---|
| 9.6 | 8/15/2013 | |
| Title | | |
| Inmate Administrative Remedies | | |

each year. The report shall include the findings and recommendations of the evaluation process, statistical data regarding the number and type of remedies and dispositions. For the Inmate Administrative Remedies Process, the report shall also include the level of disposition, sample responses from each level, remedies granted, and evidence of compliance with time limits at each level of decision.

H.   Petitions. Petitions are not an authorized method of accessing the Inmate Administrative Remedies Process and shall not receive a written response. Inmates must use the Inmate Administrative Remedies Process to seek formal review of an issue.

I.   Reprisal against Staff. No staff member who participates in the processing of an administrative remedy shall be affected negatively for participation in the resolution of any administrative remedy.

J.   Reprisal against Inmates. No inmate shall suffer negative consequences such as denial or limitation of access to any privilege, service or program offered by the facility either formally or informally for good faith participation in the Inmate Administrative Remedies Process as outlined in Administrative Directive 2.17, Employee Conduct.

K.   Connecticut Inmates Housed in Other States/Jurisdictions. Connecticut inmates housed in other states/jurisdictions must utilize and exhaust the Inmate Administrative Remedies Process of the receiving state/jurisdiction for an issue relating to any aspect of an inmate's confinement that is subject to the receiving state/jurisdiction's authority.

Connecticut inmates housed in other states/jurisdictions shall have 30 calendar days to file a grievance with the Connecticut Department of Correction upon exhausting the receiving state/jurisdiction's Inmate Administrative Remedies Process.

6.   Inmate Grievance Procedure. The Inmate Grievance Procedure shall be the administrative remedy for any issue relating to policy and procedure, and compliance with established provisions.

A.   Informal Resolution. An inmate must attempt to seek informal resolution prior to filing an inmate grievance. The inmate may attempt to resolve the issue verbally with the appropriate staff member or with a supervisor/manager. If the verbal option does not resolve the issue, the inmate shall submit a written request via CN 9601, Inmate Request Form. The inmate must clearly state the problem and the action requested to remedy the issue. The request must be free of obscene or vulgar language or content. The completed CN 9601, Inmate Request Form shall then be addressed to the appropriate staff member and deposited in the appropriate collection box. The Unit Administrator shall ensure that inmate request forms are collected and delivered in a timely manner. Inmate request forms shall be available in all housing units. A response to the inmate shall be made within 15 business days from receipt of the written request. The Unit Administrator shall post in each housing unit a list of staff members to whom inmate requests should be addressed to for each of the grievable subjects.

B.   Grievable Matters. All matters subject to the Commissioner's authority for which another remedy is not provided are grievable. Refer to Section 4 of this Directive for a list of administrative remedies other than the Inmate Grievance Procedure.

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 6 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

C.   Filing a Grievance. An inmate may file a grievance if the inmate is
not satisfied with the informal resolution offered. The inmate shall
attach CN 9601, Inmate Request Form, containing the appropriate
staff member's response, to the CN 9602, Inmate Administrative
Remedy Form. If the inmate was unable to obtain a blank CN 9601,
Inmate Request Form, or did not receive a timely response to the
inmate request, or for a similar valid reason, the inmate shall
include an explanation indicating why CN 9601, Inmate Request Form,
is not attached. The completed CN 9602, Inmate Administrative Remedy
Form, along with any relevant documents, shall be deposited in the
Administrative Remedies box. The grievance must be filed within 30
calendar days of the occurrence or discovery of the cause of the
grievance.

D.   Disposition and Remedy. Each inmate grievance shall be reviewed,
investigated and decided with the outcome indicated by one of the
following dispositions: Rejected, Denied, Compromised, Upheld or
Withdrawn. Each disposition shall be documented on CN 9602, Inmate
Administrative Remedy Form and, when applicable, CN 9604, Inmate
Grievance Appeal Form - Levels 2/3. Grievances that are upheld shall
be given an appropriate and meaningful remedy. Such remedies may
include, but not be limited to:

   1.   corrective action to rectify the matter being grieved;
   2.   changes in written policies and procedures or in their
        interpretation or application;
   3.   enforcement of existing policies and procedures; or,
   4.   development of policies and procedures pertaining to
        the grievance.

E.   Grievance Returned Without Disposition. A grievance may be returned
without disposition to the inmate for failure to:

   1.   attempt informal resolution;
   2.   adequately explain why a response to CN 9601, Inmate Request
        Form, is not attached; or,
   3.   comply with the provisions of Section 5(E)(1-5) of this
        Directive.

Returned without disposition signifies that the grievance has not
been properly filed and may be re-filed after the inmate has
corrected the error. CN 9606, Grievance Returned Without Disposition
shall be attached to all grievances returned without disposition to
indicate the reason for the return.

F.   Rejection of Grievances. Any grievance which does not meet the
criteria specified in Sections 5(E)(6 and 7) and 6(A through C) of
this Directive may be rejected.

G.   Grievance Appeals. A grievance that is denied or rejected may be
appealed to the next level as provided for in Sections 6(K) and 6(L)
of this Directive. A grievance returned without disposition due to a
failure to comply with the procedural requirements of Sections
5(E)(1-5) and 6(D) of this Directive may not be appealed.

H.   Appropriate Review. A grievance about a matter that is beyond the
authority of lower level(s) of review may be sent by the lower level
reviewer directly to the appropriate level of review. In such case
the time limit(s) of the lower level(s) shall be combined with the
time limit of the appropriate review level and the grievant shall be

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 7 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

notified of the review process and of the time frame for response. If the grievance is upheld, the time necessary to implement the change(s) may exceed the time limit for review.

I.  Level 1 Review. The Level 1 decision shall be made by the Unit Administrator. The grievance shall be reviewed for compliance with the Inmate Grievance Procedure and investigated if the grievance is accepted. The response shall be in writing within 30 business days of receipt by the Level 1 Reviewer and shall include a statement of the remedy for a grievance that is upheld or compromised, or of the reason a grievance is denied or rejected. The Level 1 Reviewer shall notify the inmate of the Level 1 disposition and, if necessary, shall include an appeal form. If a response to a Level 1 grievance is not received within 30 business days, an inmate may appeal to Level 2.

J.  Time Limit Extensions. With notice to the grievant, a reviewer may extend the time limit for a response up to 15 business days using CN 9605, Inmate Grievance Procedure - Notice of Time Extension. A grievant may request a time extension of up to 15 calendar days to file an appeal by sending a written CN 9601, Inmate Request Form, to the Administrative Remedies Coordinator. A request by the grievant may be granted at the discretion of the reviewer to whom the appeal is to be sent.

K.  Level 2 Review. An inmate may appeal a Level 1 disposition to Level 2 within five (5) calendar days of receipt of the decision. The Level 2 review shall be made in accordance with the following:

1.  A grievance appeal filed by an inmate confined in a Connecticut correctional facility shall be decided by the appropriate District Administrator.
2.  A grievance appeal filed by an inmate housed out of state shall be decided by the Director of Sentence Calculation and Interstate Management (SCIM)
3.  A grievance appeal filed by an inmate supervised in the community shall be decided by the Director of Parole and Community Services.

The Level 2 response shall be in writing within 30 business days of receipt by the Level 2 Reviewer and shall include a statement of the remedy for a grievance, which is upheld or compromised, or of the reason a grievance is denied or rejected. Level 2 shall be the final level of appeal for all grievances except as provided in Section 6(L) of this Directive.

L.  Level 3 Review. An inmate may appeal a Level 2 disposition to Level 3 within five (5) calendar days of receipt of the disposition when such review is restricted to a grievance that:

1.  challenges Department level policy;
2.  challenges the integrity of the grievance procedure; or,
3.  Exceeds the established 30 business day time limit for a Level 2 grievance response.

The Level 3 review shall be made by the Commissioner or designee. The response shall be in writing within 30 business days of receipt by the Level 3 Reviewer.

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 8 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

M.    Limitations. Any Level-2 Administrative Remedy submitted as a result of an inmate not receiving a response to a level-1 Administrative Remedy within 30 business days, must be filed within 65 days from the date of filing the Level-1 Administrative Remedy.

Any Level-3 Administrative Remedy submitted as a result of an inmate not receiving a response to a Level-2 Administrative Remedy within 30 business days, must be filed within 35 days of filing the Level-2 Administrative Remedy.

All inmates shall be subject to these limitations. Any Administrative Remedy that exceeds the time limits set forth above shall be rejected.

N.    Withdrawal. An inmate may withdraw a grievance. A grievance withdrawal must be filed in writing utilizing CN 9607, Inmate Grievance Withdrawal Form.

O.    Abuse. An inmate may be deemed to be abusing the grievance procedure if any of the following conditions are met:

    1.    an inmate files more than seven (7) grievances in any 60 day calendar period;

    2.    an inmate files repetitive grievances addressing the same issue when the established time for response has not elapsed;

    3.    an inmate files repetitive grievances when a valid response has been provided and there has been no change in any circumstances that would affect the response; or,

    4.    an inmate files harassing grievances.

A determination of abuse shall be made by the Unit Administrator in writing and shall stipulate the restriction(s) imposed and its duration. Restrictions may include: (a) total denial of access to the grievance procedure; (b) a limitation on the number of grievances that may be filed; and, (c) a restriction as to the subject matter that may be grieved.

A determination of abuse may be appealed to the appropriate District Administrator by completing and depositing CN 9602, Inmate Administrative Remedy Form in the Administrative Remedies box. The decision of the District Administrator shall not be subject to further appeal.

P.    Records.

    1.    General Requirements.

        a.    A grievance file shall be maintained at each level for each grievance. The grievance file shall include a copy of the grievance, each response, and any supporting documents submitted in support of the grievance, presented during investigation, or relied upon in the decision.

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 9 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

    b.    CN 9608, Grievance Log, shall be maintained at each level and shall include the name and number of the grievant, the dates of initial receipt and of the response at that level, a brief description of the problem and the disposition.

    c.    A monthly report shall be provided to the Unit Administrator to include:

        1.    the number of Level 1, 2 and 3 grievances filed for the month;

        2.    the Level 1 grievances categorized by subject; and,

        3.    the kind and number of dispositions for the month.

  2.    <u>Retention</u>. CN 9608, Grievance Log, shall be retained as the official record, and each completed grievance shall be maintained at the facility for five (5) years or until all litigation is resolved, whichever comes later in accordance with Administrative Directive 4.7, Records Retention.

  3.    <u>Restriction</u>. No copy of a grievance or adverse reference to any grievance shall be placed in an inmate's master file.

  4.    <u>Confidentiality</u>. The contents of the grievance file, grievance log (CN 9608), and any record of an inmate's participation in any grievance proceeding shall be confidential and access restricted to authorized personnel. All files shall be maintained in a locked cabinet not accessible to any person other than the Administrative Remedies Coordinator(s) or Level 1 reviewer. The Administrative Remedies Coordinator(s) involved in the disposition of a grievance shall have access to records and information essential to the resolution of the grievance. This section shall not be cause for immunity from disciplinary action based on statements made in a grievance.

7.    <u>Appeal of a Classification Decision</u>. A classification decision may be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of a decision regarding:

    A.    risk level decisions;

    B.    needs level decisions, except medical and mental health in consultation with relevant health care providers;

    C.    community release, except decisions made by the Board of Pardons and Paroles;

    D.    job or program assignments;

    E.    extended family visits; and,

    F.    Special Monitoring Status (with the exception of inmates completing Administrative Segregation, Chronic Discipline, Security Risk Group Member Program or Special Needs Management).

An appeal of a classification decision made by facility staff shall be decided by the Unit Administrator. An appeal of a classification decision made by the OCPM Unit shall be decided by the Director of OCPM, with the exception of special management decisions, which shall be in accordance with Section 8 of this Directive. The Unit Administrator or the Director of OCPM shall respond in writing within 15 business days of receipt of the

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 10 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

appeal. The decision of the Unit Administrator or the Director of OCPM shall not be subject to further appeal.

Placement on Special Monitoring upon completion of Administrative Segregation, Chronic Discipline, Close Custody, Close Monitoring or Special Needs Management shall not be subject to appeal. An appeal of a Special Monitoring placement (for reasons other than stated above) shall be decided by the appropriate District Administrator. The decision of the District Administrator shall not be subject to further appeal.

Transitional Supervision denials and inmates with a firm voted-to-parole date who have been denied halfway house placement are not required to submit an appeal. These denials shall be automatically reviewed by the appropriate District Administrator. The decision of the District Administrator shall not be subject to further appeal.

8.   Appeal of a Special Management Decision. An initial special management decision may be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of a decision regarding:

    A.   Administrative Segregation;
    B.   Special Needs Management;
    C.   High Security;
    D.   Chronic Discipline; and,
    E.   Protective Custody.

The Deputy Commissioner of Operations shall respond in writing within 15 business days of receipt of the appeal. The decision of the Deputy Commissioner of Operations shall not be subject to further appeal.

9.   Appeal of a Security Risk Group Member Designation. An initial Security Risk Group Member designation may be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of the notice of designation. The appropriate District Administrator shall respond in writing within 15 business days of receipt of the appeal. The decision of the District Administrator shall not be subject to further appeal.

In reviewing an inmate's appeal, the District Administrator shall consult with the Director of Security prior to changing an inmate's Security Risk Group Member designation.

10.   Appeal of a Disciplinary Action. A guilty finding received at a disciplinary hearing may be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of the notice of decision. Form CN 9602, Inmate Administrative Remedy Form shall be reviewed by the District Administrator of the district where the disciplinary report was adjudicated. The District Administrator shall respond to any appeal within 15 business days of the receipt. The District Administrator shall not delegate the authority to respond to any disciplinary appeal. Disciplinary action resulting from a guilty plea shall not be subject to an appeal.

The District Administrator may alter disciplinary action in any way that best serves the correctional objectives of the State of Connecticut. The

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 11 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

decision of the District Administrator shall not be subject to further appeal.

Any disciplinary sanction/penalty given to an inmate as a result of a guilty finding that is subsequently overturned on appeal shall not be imposed, only to the extent it has not yet been served or completed.

11. <u>Appeal of Decision to Reject Religious or Educational Tapes/CDs Not Available in the Commissary</u>. A facility decision to reject tapes/CDs that are religious or educational in nature (not available in the commissary) may be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of receipt of CN 61007, Outside Tape/CD Rejection Notice. The Unit Administrator shall respond in writing within 15 business days of receipt of the appeal. The decision of the Unit Administrator shall not be subject to further appeal.

12. <u>Appeal of a Media Review Committee Decision</u>. A Media Review Committee decision may be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of receipt of CN 61007, Outside Tape/CD Rejection Notice or CN 100702, Publication Rejection Notice, as appropriate. The Commissioner's designee, the Director of Security, shall respond in writing within 15 business days of receipt of the appeal. The decision of the Director of Security shall not be subject to further appeal.

13. <u>Appeal of a Decision to Reject Unacceptable Correspondence</u>. A decision to reject unacceptable correspondence may be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of notification of the decision to reject the unacceptable correspondence. The facility appropriate District Administrator shall be the appeal respondent with final authority regarding matters other than Security Risk Group materials. The Director of Security shall respond in writing within 15 business days of receipt of the appeal of a decision to reject Security Risk Group correspondence. The decision of the Director of Security shall not be subject to further appeal.

14. <u>Appeal of a Furlough Decision</u>. A furlough decision may be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of the notice of decision. The Unit Administrator shall respond in writing within 15 business days of receipt of the appeal. The decision of the Unit Administrator shall not be subject to further appeal.

15. <u>Appeal of an Americans with Disabilities Act (ADA) Decision</u>. An ADA decision may be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of meeting with the Unit ADA Coordinator.

The Department ADA Coordinator in consultation with the appropriate District Administrator shall respond in writing within 15 business days of receipt of the appeal. The decision of the Department ADA Coordinator shall not be subject to further appeal.

16. <u>Property Claim</u>. The Department's Lost Property Board shall hear and determine any claim by an inmate in a correctional facility who seeks

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 12 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

compensation not exceeding three thousand five hundred dollars ($3,500.00) for lost or damaged personal property. Denied property claims exceeding three thousand five hundred dollars ($3,500.00) or property claims filed by inmates not in a Connecticut correctional facility must be filed with the State Claims Commissioner in accordance with Section 16(F) of this Directive.

A. <u>Composition of Lost Property Board</u>. Lost Property Board members shall be appointed by the Deputy Commissioner of Operations.

B. <u>Property Claim Procedure</u>. If an inmate contends the Department is responsible for the loss of or damage to, any of the inmate's personal property, the inmate shall follow the property claims procedure. Property claims must be filed within one (1) year of when the inmate knew or should have known of the loss or damage. The property claim filing procedure shall be as follows.

    1. The inmate shall complete and deposit CN 9609, Lost/Damaged Property Investigation Form in the Administrative Remedies box. Form CN 9609, Lost/Damaged Property Investigation Form, shall be available in all housing units. The inmate shall attach CN 9601, Inmate Request Form, to CN 9609, Lost/Damaged Property Investigation Form, indicating that the inmate has attempted to resolve the property issue informally in accordance with Administrative Directive 6.10, Inmate Property. If the property issue is resolved at this level, the inmate shall complete and submit CN 9610, Property Investigation Withdrawal, to the Administrative Remedies Coordinator to indicate that the issue has been resolved.

    2. If issue is still unresolved after submitting CN 9609, Lost/Damaged Property Investigation Form, the inmate may elect to continue pursuing resolution by completing CN 9611, Property Claim. The inmate shall obtain CN 9611, Property Claim from the Administrative Remedies Coordinator.

    3. The inmate shall mail the completed and notarized claim form, along with related documents, to the attention of the Lost Property Board at 24 Wolcott Hill Road, Wethersfield, Connecticut 06109.

C. <u>Submission of Documentation</u>. The Administrative Remedies Coordinator shall provide the Lost Property Board with a written report on the claim, to include a copy of CN 9611, Property Claim, along with all applicable documentation within 30 calendar days of request of an investigation.

When a property complaint is resolved at the facility level, the original CN 9610, Property Investigation Withdrawal, shall be placed in the inmate's central property file at the facility. If, after a property claim has been filed, the issue is resolved prior to the conclusion of the Lost Property Board's investigation, CN 9613, Property Claim Settlement, shall be completed. The original CN 9613, Property Claim Settlement, shall be placed in the claim file and a copy in the inmate's central property file.

D. <u>Claim Fees</u>. A $25.00 filing fee shall be required for all claims filed with the Lost Property Board. Fees may be waived for good cause by the Department's Claims Office. If the inmate has insufficient funds to pay the filing fee, the inmate may submit CN

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 13 of 14 |
|---|---|---|
| Title | | |
| | Inmate Administrative Remedies | |

9612, Application for Deferment of Filing Fee. Payment of the fee may either be waived or an obligation may be established on the inmate's trust fund account. If an obligation is established on the trust fund account, twenty percent (20%) of all subsequent funds received by the inmate shall be credited against the obligation until the obligation is satisfied.

E.   Decision. The Lost Property Board shall review all documents related to the claim and decide the claim on its merits. If, upon review of the documents presented, the Lost Property Board determines that the claim has merit as presented, it shall award appropriate damages to the inmate. Otherwise, the Lost Property Board shall hold a hearing to determine whether or not the Department is liable for the loss and the appropriate damages. If the Lost Property Board determines that a hearing shall be held, the inmate shall be given at least 24 hours notice utilizing CN 9614, Property Claim Hearing Notification, and an opportunity to be heard at the hearing. The inmate may present witness testimony in the form of written statements.

The Lost Property Board shall have up to one (1) year from the date the inmate's property claim is received to review, investigate and render a decision. The one (1) year limit may be extended when justified by good cause. Extensions to the one (1) year limit shall be documented on CN 9614, Property Claim Hearing Notification.

F.   Filing a Claim with the State's Claims Commissioner. If the Lost Property Board denies a claim in whole or in part, the inmate may, not later than 60 calendar days after such decision, present the claim to the Claims Commissioner by forwarding the same CN 9611, Property Claim, along with any relevant documents, to the attention of the State Claims Commissioner at 165 Capitol Avenue Room 123 Hartford, Connecticut 06106.

17.   Appeal of Determination of Retroactive RREC credits. The determination of the number of retroactive credits an inmate may receive can be appealed by completing and depositing CN 9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of the notice of decision.   The Unit Administrator shall respond in writing within 15 business days of receipt of the appeal.   The decision of the Unit Administrator shall not be subject to further appeal.

18.   Forms and Attachments. The following forms and attachments are applicable to this Administrative Directive and shall be utilized for their intended function:

A.   CN 9601, Inmate Request Form;
B.   CN 9602, Inmate Administrative Remedy Form;
C.   CN 9603, Administrative Remedy Receipt;
D.   CN 9604, Inmate Grievance Appeal Form – Levels 2/3;
E.   CN 9605, Inmate Grievance Procedure – Notice of Time Extension;
F.   CN 9606, Grievance Returned Without Disposition;
G.   CN 9607, Inmate Grievance Withdrawal Form;
H.   CN 9608, Grievance Log;
I.   CN 9609, Lost/Damaged Property Investigation Form;
J.   CN 9610, Property Investigation Withdrawal;
K.   CN 9611, Property Claim;
L.   CN 9612, Application for Deferment of Filing Fee;

| Directive Number | Effective Date | Page 14 of 14 |
|---|---|---|
| 9.6 | 8/15/2013 | |
| Title | | |
| Inmate Administrative Remedies | | |

      M.    CN 9613, Property Claim Settlement;

      N.    CN 9614, Property Claim Hearing Notification;

      O.    CN 9615, Agency Findings; and,

      P.    Attachment A, Administrative Remedies Routing Chart.

19.    Exceptions. Any exceptions to the procedures in this Administrative Directive shall require prior written approval from the Commissioner.

Attachment

D

A.D. 6.10. Unauthorized Property will be disposed of according to the Administrative Directive 6.10 Inmate Property.

F. Valuables  Valuable Property (i.e. Driver's License, jewelry, etc) will be stored in a secure storage area in a separate envelope for each inmate. You will be issued a receipt.

G. Bulk Storage  Storage of valuables and street clothes is only authorized for pre-trial inmates and inmates on short-term restrictions. Your Bulk Storage property will be inventoried and receipted.

H. Unclaimed Property  Unclaimed Property will be disposed according to the A.D. 6.10, Inmate Property.

I. Property from Family  No property is allowed to be sent in from family members.  Necessary Items can be purchased from Commissary.

## 1.12  INFORMATION, PROBLEM SOLVING, REQUEST SYSTEM, AND ADMINISTRATIVE REMEDIES

A. Information.  Bulletin Boards are located in the Housing Units and at various locations throughout the facility. Up-to-date information about the operation of the facility is regularly posted on the Bulletin Boards.  Only authorized material may be posted on a Bulletin Board; posting of unauthorized material will subject the offender to disciplinary action.  If you need to know something that is not posted on the Bulletin Board, contact your Counselor or the Housing Unit Officer.

B. Problem Solving.  Address the problem to the staff member with responsibility for the problem area before appealing through the Unit Manager then onwards through the chain of command.  Explain the problem and follow the advice or instruction.

C. Inmate Request System.  The Inmate Request System provides an informal way of obtaining information or a written answer to a question or an issue about a policy, procedure or practice from a staff member, up to and including the Warden.  Request Forms are available from the Housing Unit Officer.

1. The Request System serves as the Informal Resolution in the Inmate Grievance Procedure. Requests are to be submitted to the proper division.
   a. Request for Marriage = Unit Counselor
   b. Transfer request = Counselor Supervisor
   c. Living area changes = Unit Manager
   d. Common Fare =  Lead Food Service Supervisor
   e. Property issues = Property Officer or Unit Counselor
   f. Legal Calls = Unit Counselor
   g. Job = Unit Counselor (in pod) or Counselor Supervisor (out of pod)
   h. Maintenance Issues = Unit Officer
   i. Classification concerns = Unit Counselor
2. Address your request to the lowest ranking person able to resolve your problem.
3. Staff have fifteen (15) days *from receipt* to respond to a request.



D. <u>Inmate Administrative Remedies Summary</u>
   1. Administrative Remedies are the means for you to request a formal
      review of any action or decision that is within the scope of authority of
      the Commissioner of Correction.
      a. There are three types of administrative remedy
         1. grievance
         2. appeal of a discretionary decision
         3. property claim
   2. The grievance procedure, appeal procedure and property claim
      procedure are set out in Administrative Directive 9.6, Inmate
      Administrative Remedies. This summary provides general information
      about these procedures. A copy of the Inmate Administrative
      Remedies directive is available in the library, and may be provided
      upon request.

      A <u>Grievance or a Property Claim.</u> If you have a grievance or a property
        claim, first try to resolve it by sending a completed Inmate Request Form
        to the staff member who oversees the area of your complaint.
        Each housing unit should have a list that identifies the staff members to
        whom inmate requests should be addressed for a specific issue or topic.
        If this action does not resolve the problem, to file a grievance use the
        Inmate Administrative Remedy Form or to file a property
        claim, use the Lost/Damaged Property Investigation Form.
      B <u>Appeal of a Discretionary Decision.</u> Discretionary decisions
        include disciplinary decisions (you must have pled 'not guilty' at a hearing
        to appeal a disciplinary decision), classification decisions, special
        management assignments, Security Risk Group designations, media
        review decisions, furlough decisions and decisions about issues related to
        the Americans with Disabilities Act. Use the Inmate Administrative
        Remedy Form to file an appeal.
      C Filing for an administrative remedy must be made within fifteen (15)
        calendar days of the action taken, or discovery of the problem.
      D Complete the Inmate Administrative Remedy Form or
        Lost/Damaged Property Investigation Form and deposit it in
        the *Administrative Remedies* Box located in your housing unit.
      E The Administrative Remedy Boxes are regularly collected and the filings
        are formally recorded by the Administrative Remedies Coordinator
        (ARC). The ARC routes the grievance, appeal or property claim to the
        appropriate decision-maker. There are time standards for the
        decision-maker to decide the issue and respond to you in writing. In
        some cases there are additional steps that you may take if you are not
        satisfied. The steps differ for each of the remedies; they are described in
        the response that you receive.
      F Exhaustion of administrative remedy means that you have reached the
        end of the grievance, appeal or claim process and no further response
        or action will be taken by the Department.
      G The procedures and standards for the Department's Administrative
        Remedies Process are fully set out in Administrative Directive 9.6,
        Inmate Administrative Remedies. You should make yourself familiar
        with its provisions and refer to it for specific information pertaining to
        an issue you may have, and how to address it. This summary is intended
        for information only and, of itself, establishes no procedures or
        standards.



1.13 MAINTENANCE.
You should report any equipment malfunction to housing unit personnel or a work supervisor.

# PART II
# FACILITY SERVICES

ORIENTATION
All inmates will be required to complete a comprehensive orientation program. This program will introduce you to the facility's rules, procedures, programs and mission statement. Upon the completion of orientation, you will have an assigned risk level and treatment needs scores.

CLASSIFICATION
Classification is the ongoing process of collecting and evaluating information about you to determine your risk and needs levels. The purpose is to determine which housing unit you will be assigned, if another facility is more suitable, job assignment, treatment needs, and which programs are most suitable. (A.D. 9.2, Inmate Classification)

A  Classification Committee  The Classification Committee is comprised of staff members that make recommendations regarding your classification status: jobs eligibility, needs and risk assessment, program participation, etc. The Classification Committee is chaired by the Counselor Supervisor.

B  Counselor  You will be assigned a Counselor. Your Counselor will provide you with information about the operation of the facility and will assist you in adjusting to the facility.

C  Transfer  Decisions involving transfer to another facility are made at the discretion of the Director of Offender Classification and Population Management. If you want to be considered for a transfer, submit a request to the Counselor Supervisor. (A.D. 9.1, Population Management)

D.  Master File  The facility maintains a record of the status of your sentence (including any pending charges) and of your overall performance in a Master File. The Records Office maintains your Master File. Questions about information in your Master File should be directed to your Counselor.

E.  Sexual Offenders  Registration for Sex Offenders includes both a DNA draw and a Release to the Community Registration package. All offenses covered in the Public Act 99-183 require both a draw and community registration. This Act requires any person released into the community on or after October 1, 1999, who was convicted or found guilty by reason of mental disease or defect of certain crimes, to register as a sexual offender. There are three categories of offenses that will require an offender to register as a sexual offender. The categories are: criminal offenses against a victim who is a minor (ten year registration); sexually violent offenses (potential lifetime registration); and any felony that the court deems was committed for sexual purposes (ten year registration); and nonviolent sexual offenses (ten year or potential lifetime registration). The Act also creates the new crime of failure to register as a sexual offender, which is a class D felony. There are a number of repealed statutes

9

that now require DNA registration. Direct any questions regarding sex offender registration to the facility Sex Offender Liaison.

F. Felons   Pursuant to Public Act 3-242, any person who is convicted of a felony, and is sentenced to the custody of the Commissioner of Correction, to include serving a period of parole, shall submit to the taking of a biological sample of DNA analysis. Failure to comply with the requirements of this Public Act shall result in exclusion from consideration for any discretionary release mechanism to include community release, furlough, parole and Risk Reduction Earned Credit (RREC). In addition, compliance with this Act is a condition for all inmates discharging from the Department of Correction to a period of probation.

G. Appeal of a Classification Decision. Classification decisions may be appealed to the Warden within 15 days of the decision. See your Counselor to find out if a decision can be appealed and how.

SENTENCE COMPUTATION AND CREDITS
The Department of Correction is responsible for the computation of sentences. The Records Office will issue one time sheet upon sentencing (quarterly for inmates sentenced prior to October 1, 1994) which will provide information about the computation of your sentence(s). Following is a description of factors that pertain to sentence computation.

A. Statutory Good Time. Statutory Good Time is good time earned each month during service of a sentence. (R.C.G.S. Sec. 18-7 and 18-7a) Statutory Good Time is only earned on crimes committed before October 1, 1994.

B. Pre-sentence Credit (Jail Credit). Pre-sentence Credit is credit for time spent in confinement prior to disposition of the charge on which sentence is imposed. (C.G.S. 18-97, 18-98, and 18-98d(a))

C. Pre-sentence Credit Good Time. Pre-sentence Credit Good Time is good time earned on Pre-sentence Credit for a crime committed prior to October 1, 1994. (C.G.S. 18-98c and 18-8d(b))

D. Seven Day Job Credit. Seven-Day Job Credit is a commutation of sentence of one day for each seven (7) consecutive days of employment in a job designated as a seven-day job. (C.G.S. 18-98a)

E. Outstandingly Meritorious Performance Award (OMPA). OMPA is an outstanding performance credit of up to 120 days for each continuous term of confinement granted at the discretion of the Commissioner. (C.G.S. 18-98b)

F. Sentences For Offenses Committed On Or After October 1, 1994. Statutory good time, pre-sentence good time, 7-day job credit and OMPA are not authorized to  be awarded to any sentence for an offense committed on or after October 1, 1994. (C.G.S. 18-100d, Public Act 93-219, Section 10.)

Attachment

E



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: PARKER,KIMORAH | | Inmate number: 357229 |
|---|---|---|

| Facility/Unit CORR/RAD | Housing unit: | Date: 11/2/2018 |
|---|---|---|

Return log number: 140-013T

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

In accordance with Administrative Directive 9.6 Inmate Administrative Remedies Section 6 (A) & (E). Failure to attempt informal resolution, adequately explain why a response to CN 9601(inmate request form, isn't attached; or comply with the provisions of section 5 (E) (1-5) of this directive. You failed to seek an informal resolution through the proper staff prior to filing a grievance.
Therefore, your grievance is being returned without disposition.

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: SCHAFFER | Date: 11/2/2018 |
|---|---|



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: Corrigen (Forward HCC)  Date: 9/11/18

Inmate name: Kamorch Parker.  Inmate number: 357224

## SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐ **I am filing a Grievance:**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☐ **I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| | | | |
|---|---|---|---|
| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**C.** ☐

## SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | Report date: |
|---|---|---|
| Facility where hearing was conducted: | | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
|---|---|---|---|

| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |
|---|---|---|---|

Name(s) of any witness(es):

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

On 6/18/18 I inquired about a razor to c/o Miller ho ignored me and walked away. I had the men Gotti ask him and he Said to IM Gotti as well as in front of other inmates "Of course he is he always wants to shave his balls" this is Sexual herresment and Im transgender and feel this is also discrimination. I want Charges Afiled against this c/o as well as him to be written up and suspended.

Inmate signature: _____    Date: 9/11/18

- For all remedies except health services, deposit this form in the Administrative Remedies box
- For a health services issue, deposit this form in the Health Services box

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 9/28/18    IGP #: _____    T#: 190-0137

Disposition: RWOD    Date of Disposition: 11/2/18

Reason:

* See Attached

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature: _____    Date: 11/2/18



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Kimoch Parker

Inmate number: 357224

Facility/Unit: Corrigan

Housing unit: A-1-15

Date: 7-31-18

Submitted to: Ms King Anna Remedies (Forward to HCC)

Request: This is dated different because I submitted a grievance before a CN 9601 form. On 6/18/18 I inquired about a razor to C/O miller he ignored me and walked away. I had tier man Gotti ask him and he said to I/m Gotti as well as in front of other inmates "of course he is he always wants to shave his balls" this is Sexual Harassment and Jam transgender and feel discriminated against. I want charges filed on C/O miller and I want him written up and suspended. I have copies stade everything disappears. thanks in advance

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: PARKER,KIMORAH | | Inmate number: 357229 |
| --- | --- | --- |

| Facility/Unit  CORR/RAD | Housing unit: | Date: 11/2/2018 |
| --- | --- | --- |

Return log number:     140-015T

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

In accordance with Administrative Directive 9.6 Inmate Administrative Remedies Section 6 (A) & (E). Failure to attempt informal resolution, adequately explain why a response to CN 9601(inmate request form, isn't attached; or comply with the provisions of section 5 (E) (1-5) of this directive. You failed to seek an informal resolution through the proper staff prior to filing a grievance.
Therefore, your grievance is being returned without disposition.

| **You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.** | | |
| --- | --- | --- |
| Administrative Remedies Coordinator:  SCHAFFER | | Date:  11/2/2018 |



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: Corrigan Fanward HCC | Date: 9/11/18 |
|---|---|
| Inmate name: Kamorah Parker | Inmate number: 357209 |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐

**I am filing a Grievance:**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☐

**I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C.** ☐

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision)*

| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | Report date: |
|---|---|---|
| Facility where hearing was conducted: | | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

At 6.11 pm on 6/5/18 C/O Jenkins and C/O Horvith flashed a light at me and called me out of the dayroom and into the hallway. I was told I had to put on a tan shirt. I asked why and they have no response as C/O Jenkins thumbs through a directive packet but cant find anything to enforce what they are telling me to do. I ask if they are gonna tell everyone else to put on a tan shirt C/O Horvith says "Do it now or talk to a LT or be moved to South Block. Being I was wearing a t-shirt that allowed in the Jail but because I have breast is why I was mean to put on a shirt. This is discrimination and I'd like him written up and Suspended.

Inmate signature X _____  Date: 9/11/18

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 9/28/18  IGP #: _____  T#: 140-015T

Disposition: RWOD  Date of Disposition: 11/2/18

Reason:

*See attached*

☐ You have exhausted DOC's Administrative Remedies.  ☐ This matter may be appealed to:

Signature: ARC _____  Date: 11/2



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Kimorata Parker

Inmate number: 357222P

Facility/Unit: Corrigan

Housing unit: Alpha 1-15

Date: 7-24-18

Submitted to: Miss Yang Administrative Remedies (Forward to HCC)

Request: At 6:11 pm of 6/5/18 c/o Jenkins and c/o Horvath flashed a light at me and called me out of the dayroom and into the hallway. I was told I had to put on a tan shirt. I ask why and there have no response and c/o Jenkins is thumbing through a directive packet but can find no real reason to enforce this. I say are you gonna tell anyone else to do the same thing and the c/o Horvath said do it now or talk to a LT. or get moved to South block. Being I was wearing a t-shirt thats allowed in the jail but because I have breast is why he needs me put on a tan shirt. This is and was discrimination considering I'm trans and I want him written up.

*continue on back if necessary*

Previous action taken: I look forward to hearing a response please thank you. Copies of this were made as well. The date is off because I wrote a grievance first and not this one. thanks in advance

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Parker, Kimorah | | Inmate number: 357229 | |
|---|---|---|---|
| Facility/Unit: CRCC - HCC | Housing unit: C 318 | | Date: 1/31/19 |
| Return log number: RWD 179 | | | |

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☒ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☒ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

Needs to be put on an updated form. Needs to be the original. Also needs to be deposited into AR box in unit. Please do not misuse indigent legal envelopes for this purpose.

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: King | | Date: 1/31/19 |
|---|---|---|



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 8/22/13

Facility/Unit: Hartford CC Forward Corrigan CI    Date: 1/21/19

Inmate name: Vernon Parker    Inmate number: 357229

### SECTION 1    SELECT ADMINISTRATIVE REMEDY **A**, **B** or **C** BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.    ＞ Refer to Section 2 below

**B.** ☐ **I am requesting a Health Services Review:** ☐ Diagnosis/Treatment    ＞
☐ All Other Health Care Issues    ＞ Complete Section 4 ＞＞＞＞

**C.** ☐ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.

| | | |
|---|---|---|
| ☐ Disciplinary Action | | ＞ Complete Section 3 below |
| ☐ Special Management Decision | ☐ Classification Decision | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | ＞ |
| ☐ Security Risk Group Designation | ☐ ADA Decision | ＞ Complete Section 4 ＞＞＞＞ |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | ＞ |
| ☐ Determination of Retroactive RREC Credits | ☐ Rejection of Correspondence | |

### SECTION 2    OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. ＞＞＞

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3    DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal **ONLY**

You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. ＞＞＞

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

Did you have an advocate?    ☐ yes  ☐ no    If yes, name of advocate:

Did you identify witness(es) to the investigator?    ☐ yes  ☐ no    Did your witness(es) testify?    ☐ yes  ☐ no

Name(s) of any witness(es):

**CONFIDENTIAL**

(FOR OFFICIAL USE ONLY)

Inmate name: Vanorah Parker

Inmate number: 357229     Housing: C318

**SECTION 4**     STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. I wrote a CN9601 form to caption diloretto on 12/6/18 in regards to finding out who has the statement I wrote against c/o Yayle considering caption Diloretto did an investigation on the situation Id expected him to know where it was however to no avail, there wasn't a statement in the FOI packet which leads me to believe it was never put in. So id like caption diloretto to either give me an explaination as to the whereabouts of this statement and or send it to me. Also Id like him. investig for tampering with the statement and keeping it hidden. Ive enclosed the copy of the statement I wrote as well.

Inmate signature:                                      Date: 1/21/19

For all remedies except health services, deposit this form in the __Administrative Remedies box__.
For a health services issue, deposit this form in the __Health Services box__.

**SECTION 5**     DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received:          IGP #:                      T#:

Disposition: RWD 179     Date of Disposition:

Reason:

See attached. CN9602

☐ You have exhausted DOC's Administrative Remedies.     ☐ This matter may be appealed to:

Signature:                                             Date:



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: PARKER,KIMORAH | | Inmate number: 357229 | |
|---|---|---|---|
| Facility/Unit   CORR/RAD | Housing unit: | Date: | 11/2/2018 |
| Return log number:   140-0014T | | | |

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

In accordance with Administrative Directive 9.6 Inmate Administrative Remedies Section 6 (A) & (E). Failure to attempt informal resolution, adequately explain why a response to CN 9601(inmate request form, isn't attached; or comply with the provisions of section 5 (E) (1-5) of this directive. You failed to seek an informal resolution through the proper staff prior to filing a grievance. Also, you did not provide a date in which the incident occurred.
Therefore, your grievance is being returned without disposition.

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:   SCHAFFER | Date:   11/2/2018 |
|---|---|



| Facility/Unit: Corrigon Forward Hcc | Date: 9/11/18 |
|---|---|
| Inmate name: Kynnorth Parker | Inmate number: 357229 |

SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐
**I am filing a Grievance:**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☐
**I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C.** ☐
**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | Report date: |
|---|---|---|
| Facility where hearing was conducted: | | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
|---|---|---|---|

| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |
|---|---|---|---|

Name(s) of any witness(es):

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

While en seg pending an investigation I was standing at my cell door and C/O Escobar walked by and said "There goes the Fairy." Another inmate heard this and laughed. I'm transgender and thats Harrassment. Id like him written up and if possible suspended.

Thanks in advance

Inmate signature: [signature]                    Date: 9/11/18

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 9/28/18    IGP #: _____    T#: 140-0147

Disposition: RWOD    Date of Disposition: 11/2/18

Reason:

* See attached *

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature: [signature]    Date: 11/2/18



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

COPY

Inmate name: Kennoreth Barker

Inmate number: 357224

Facility/Unit: Corrigan

Housing unit: A-1-15

Date: 7/31/18

Submitted to: Ms Henry admin Remidies (Forward) to Hcc)

Request: While en seg pending an investigation I was standing at my cell door and c/o Escobar walked by and said "There goes there fairy!" Another inmate heard this and laughed. I'm transgender and that's herrassment. I'd like him written up and a possible suspended. I wrote a grievence before I wrote this CN9601 form because I wasn't privy to the process. I have copies of this as well thanks in advence.

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Parker, Kimorah | Inmate number: 357229 |
|---|---|

| Facility/Unit:  CRCC | Housing unit: H 115 | Date:    10/29/18 |
|---|---|---|

Return log number:    RWD 114

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☒ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

. Staff has 15 business days from receipt to respond to a request.

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:   King | Date:    10/29/18 |
|---|---|



| Facility/Unit: H-IIS Corrigan | Date: 10/25/18 |
|---|---|
| Inmate name: Yremorah Parker | Inmate number: 357220 |

### SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW:

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A. ☐ — I am filing a Grievance:**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B. ☐ — I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C. ☐ — I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

### SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE:
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | Report date: |
|---|---|---|
| Facility where hearing was conducted: | | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | | |
|---|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION**
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I've originally wrote this 10/12/18 and recieved no response on 10/12/18 at 9:30 Am med line was called I popped my door and Officer St John after my door was opened came over and closed my door. His response was "Because I can" when I asked the reason behind it. Then later when I asked to lock up at 1:46 PM once more the officer proceeded to target me. He asked over and over if I'm locking up. Then refused to let me lock up when I wanted. Per 2.17 Employee Conduct he's targeting and discriminating me. I'd like him to be address for this because I shouldn't have to deal with unprofessional staff trying to elicit negative response from me this happened on the above date. The Enclosed Informal Resolution is attached as well

Inmate signature: X _____

Date: 10/25/18

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

**SECTION 5: DECISION (OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW)**

| Date Received: | IGP #: | T#: |
|---|---|---|

Disposition: RWD 115

Date of Disposition:

Reason:

See attached CN 9604

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|
| Signature: | Date: |

# CONFIDENTIAL
**(FOR OFFICIAL USE ONLY)**

Inmate name: Kemorah Parker

Inmate number: 357229

Housing: C3 24

---

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Im writting in regaurds to the situation that occured 8/17/18 where I was denied a shaving razor then taken to RHU and excessive force was used rusuting in me being body stammed then having a knee pressed in my neck preventing me from breathing and I was maced several times. I wrote a statement against officer yogle and handed it to ceptain Cronin and was told an investigation would be done. This is one of many grievences and informal resolutions Ive sent but gotten no actual response. It seem like theres abuse of administrative remedies taking place. I just want to be treated fairly and I feel targeted because Im transgender. I want all officers involved to be investigated and I want to get a copy of my statement.

Inmate signature: _[signature]_

Date: 2-6-19

- For all remedies except health services, deposit this form in the **Administrative Remedies box.**
- For a health services issue, deposit this form in the **Health Services box.**

| Date Received: | IGP #: | | T#: |
|---|---|---|---|

Disposition: | | Date of Disposition:

Reason:

*me phon*
*all mo.*

☐ You have exhausted DOC's Administrative Remedies. ☐ This matter may be appealed to:

Signature: | | Date:



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: Hcc Forward to Corrigan          Date: 2-6-19

Inmate name: Kamoron Parker          Inmate number: 357224

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW:**

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☒ **I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☒ **I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C.** ☒ **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | **Complete Section 4** |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | Report date: |
|---|---|---|

| Facility where hearing was conducted: | Date of hearing: |
|---|---|

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | | |
|---|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Parker, Kimorah | | Inmate number: 357224 | |
|---|---|---|---|
| Facility/Unit: CRCC | Housing unit: A 213 | | Date: 7/13/18 |
| Return log number: RWD016 | | | |

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:
I Did fill out a Administrative remedies for to unit manager Fitegerald and have get to recieve any answer to it. I always recopy them as proof as well. thanks! As I previously asked id like that C/O written up or suspended and expect documentation on the outcome as quickly as I got this one

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: King | | Date: 7/13/18 |
|---|---|---|



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Kimorah Parker

Inmate number: 357229

Facility/Unit: Corrigan

Housing unit: A-1-15

Date: July 31 2018

Submitted to: Administrative Remidies Officer King

Request: On July 30th 2018 I spoke to Unit Manager Fitzgerald again for the second time in regaurds to the Sexual harrassment from DOC Staff C/O Terranova, in front of lieutenant Potts. On July 26th of July I spoke to Unit Manager Fitzgerald with Ms King in Administrative Remidies present. I personally handed him a copy of the original Request that he allegedly received. He read it in front of me then told me he was going to address his Officer C/O Terranova on the issue. He also had a copy of the request with 2 others from me on his desk. The 27 he wasn't working. Monday the 30th the situation hadn't been handeled. I spoke

continue on back if necessary

Previous action taken: that morning of July 27 with Area Caption DiLoretto who had told me he would discuss the matter with Fitzgerald and asked if I was okay with him (Unit manager Fitzgerald) only talking to him. I said not really should I return from court I'll push the issue. Today July 30th Fitzgerald spoke to me

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

at my door and proceeded to act as though he never seen the request in front of L.T. potts. I stated I gave it to him personally and he had it on his desk the last time we'd spoke. He still continued to act as though he wasn't privy to the situation but said he'd look into it and that I should write it down with the date and time and send it to him I stopped him mid sentence and said I have a copy right here with all that on it the same one you seen already and handed him a copy. Flustered he said he'd investigate and review the tapes. Later at 1:24 pm July 31 2018 he called the unit officer sweatman who relayed the message stating. "It's not considered sexual harassment". And if I disagree I should contact PREA myself. Which I did make a statement to state Police. "Step away from the door no prep shows" was c/o terranwas comment, Im trans and the other inmate was guy,

Title VII the civil Rights Act of 1964
   title 42 United States code section 2000 et seq
   States examples sexual Harrassment;

- Unwelcome sexual advances.
* <u>Suggestive Lewd Remarks</u> *
- Unwanted hugs touches kisses
* Retaliation or complaining about sexual Harrassment, Derogatory or pornographic posters cartoons or drawings

I'd like him written up for attempting to surpress the Situation and protect this officer



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Rogers, Wayne | | Inmate number: 323651 |
|---|---|---|

| Facility/Unit:   MWCI | Housing unit: B2-83 | Date:   11/26/2018 |
|---|---|---|

Return log number:   137-101

---

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒  An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐  A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐  Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐  The grievance and the action requested should be stated simply and coherently.

5. ☐  The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐  The grievance must be free of obscene or vulgar language or content.

---

Comments

In accordance with Administrative Directive 9.6 Inmate Administrative Remedies Section 6 (A) an inmate must attempt to seek resolution prior to filing an inmate grievance. **You must go up the chain of command starting with your unit counselor, unit manager, etc.** In addition, you need to give staff 15 business days to respond to your inmate request CN9601 form before filing a grievance.

---

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:   ARC Bennett | | Date:   11/26/2018 |
|---|---|---|

A105

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Wayne Rogers

Inmate number: 323651

Housing: 132-83

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I applied for protective custody on Oct 18th 2018 at Corrigan CC, I was told there by the warden that if I pursued a lawsuite I was in the process of Grieving I would be denied. On Nov 5th my PC packet went to the Dep. warden there, this is also the same day I filed my litigation, I was subsequentually Denied By Nov. 13th and transfered to Walker Nov. 15th. Now at Walker I will be Pursuing Protective custody again, but until then to ensure my safty Im requesting that Doc place me on Rec-Alone No Inmate Contact in a single cell and if Im denied placement in PC here that I be kept on Rec Alone No Inmate Contact at this facility Because Corrigan does not have this status, untill I finish this program or Discharge from Doc custody.

Im requesting this Due to the fact Ive been jumped and assaulted multiple times because I am no longer a gang member. Any injuries sustained while in Doc custody will be construed as negligance on Doc's part and will result in civil litigation.

(CC:File, I cap)

Inmate signature: _[signature]_

Date: 11-19-18

- For all remedies except health services, deposit this form in the **Administrative Remedies** box.
- For a health services issue, deposit this form in the **Health Services** box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 11/26/18

IGP #:

T#:

Disposition: Returned w/out Disposition

Date of Disposition: 11/26/18

Reason:

See Attached CN9606 Form

☐ You have exhausted DOC's Administrative Remedies.     ☐ This matter may be appealed to:

Signature:

Date:

| CONFIDENTIAL | Inmate name: Wayne Royds |
|---|---|
| (FOR OFFICIAL USE ONLY) | Inmate number: 323651   Housing: E - 118 |

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION**

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

This Unit has been locked down since 10-13-18 @ around 1:15 pm. This was the last time I've been allowed to shower, its been way past 72 hours I've been being denied access to props shower and hygene. I've spoken with Capt's, LT's Counselor, all to no avail, just being told its "out of their hands". Therefore my verbal form of informal resolution has been denied. The damage is already irreplaceable therefore I ask that DOC Exhaust my remedies so I can file props litigation. Thank you, only reason for verbal resolution is Due to the Refusal of request forms when requested!!

Injuries: Joch itch
Athletes food
PTSD -

(cc: File, Atty Pradse)

Inmate signature: ~~~   Date: 10 - 17 - 18

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

**SECTION 5: DECISION / OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW**

| Date Received: | IGP #: | T#: |
|---|---|---|
| Disposition: RWD 105 | | Date of Disposition: |
| Reason: | | |

See attached CN9leave

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|
| Signature: | Date: |

A45



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Rogers, Wayne | | Inmate number: 323651 | |
|---|---|---|---|
| Facility/Unit:  CRCC | Housing unit: E 118 | Date: | 10/18/18 |
| Return log number:    RWD 105 | | | |

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

You are off of lockdown and can get requests from the counselor for your informal resolution.

---

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:   King | Date: | 10/5/18 |
|---|---|---|



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name:  Rogers, Wayne | | Inmate number:  323651 |
|---|---|---|

| Facility/Unit:   CRCC | Housing unit: E 118 | Date:     10/18/18 |
|---|---|---|

Return log number:     RWD 105

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒  An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐  A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐  Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐  The grievance and the action requested should be stated simply and coherently.

5. ☐  The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐  The grievance must be free of obscene or vulgar language or content.

Comments:

You are off of lockdown and can get requests from the counselor for your informal resolution.

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:    King | | Date:    10/5/18 |
|---|---|---|

A17



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*

### *Annual Inmate Survey of the Inmate Grievance Procedure.*

*Inmate Name:* Wayne Bogess        *Inmate Number#* 323651

*Date:* 5-22-19        *Facility/Unit:* Walker B-2

*Please answer the following questions and submit to the facility Administrative Remedies Coordinator.*

1. *In the past year how many times have you utilized the inmate grievance procedure?*
   - ☐ *0*
   - ☐ *1-5*
   - ☐ *6-10*
   - ☒ *10+*

2. *Are grievance forms (CN9602) readily available?*
   - ☐ *Yes*
   - ☒ *No*

3. *How well do you understand the grievance process?*
   - ☒ *Fully understand*
   - ☐ *Somewhat understand*
   - ☐ *Do not understand*

   *\*If you would like further clarification in regards to A.D 9.6 Inmate Administrative Remedies, please utilize a CN 9601 Inmate request form and submit said form to the facilities Administrative Remedies Coordinator.*

4. *How effective do you feel the grievance process works at addressing your concerns?*
   - ☐ *Effective*
   - ☐ *Somewhat effective*
   - ☒ *Not effective Why?*
     Issues never get resolved, if Grievances are even answered at all.

5. *Are you aware of the locations of collection boxes to deposit grievances within the facility?*
   - ☒ *Yes*
   - ☐ *No*

6. *What issues do you believe the grievance process deals with most effectively and/or least effectively?*

   Throughout my entire collective incarceration I've filed well over a hundred Grievances, the ones that do get answered are for minor issues and are always Denied or returned without Disposition.



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: Walke | Date: 6-25-18 |
|---|---|
| Inmate name: Wayne Roges | Inmate number: 323654 |

SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**I am filing a Grievance**

A ☒
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response <u>OR</u> state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**I am requesting a Health Services Review:**

B ☐
| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | Complete Section 4 |
|---|---|---|

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision)*

C ☐
| ☐ Disciplinary Action | | > | Complete Section 3 below |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | Complete Section 4 |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

- You may file a Disciplinary Appeal <u>ONLY</u> if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |
| Did you have an advisor? ☐ yes ☐ no | If yes, name of advisor: |
| Did you identify witness (es) to the investigator? ☐ yes ☐ no | Did your witness (es) testify? ☐ yes ☐ no |
| Name(s) of any witness(es): | |

# CONFIDENTIAL
### (FOR OFFICIAL USE ONLY)

Inmate name: Wayne Rogers

Inmate number: 323651

Housing: 132-57

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I've notified MHU and the unit manager about the strip search Policy. I have PTSD due to past trauma from sexual abuse. I've made it clear that the officers Certi and Andrews strip search Procedures are causing night terrors and flashbacks to these traumatic incidents in my youth. I'm requesting that these forced full body strip searches stop and the ones they usually do where I keep my boxers on and run a waist band continue. these officers actions are counter-productive to my MHU needs and my mental state is rapidly degressing this is causing irreparable harm to my mental state. my ~~written~~ requests are going unanswered in ~~written~~ written response only verbally.

Inmate signature: _[signature]_          Date: 6-25-19

- For all remedies except Health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

SECTION 5: DECISION: OFFICIAL USE ONLY   DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|
| Disposition: | | Date of Disposition: |

Reason:

☐ You have exhausted DOC's Administrative Remedies.       ☐ This matter may be appealed to:

Signature:                                                                 Date:



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Wayne Rogers

Inmate number: 323658

Facility/Unit:

Housing unit: B2-85

Date: 6-21-18

Submitted to: C.S. Stanbery

Request: I'm having issues with CO. Cessi hes threatened to smash my TV when he searches my cell and is attempting to make me strip tottally necked for phone and shower. I feel threatened and Sexcually Harassed

(alive)

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): | Title:

Action taken and/or response:

continue on back if necessary

Staff signature: | Date:



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: Walker B-2     Date: 7-3-19

Inmate name: Wayne Reser     Inmate number: 383657

### SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW:

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A** ☑  **I am filing a Grievance:**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response <u>OR</u> state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B** ☐  **I am requesting a Health Services Review:**
- ☐ All Other Health Care Issues    ☐ Diagnosis/Treatment    **Complete Section 4**

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision)*

**C** ☐

| | | |
|---|---|---|
| ☐ Disciplinary Action | | > **Complete Section 3 below** |
| ☐ Special Management Decision | ☐ Classification Decision | > |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > |
| | ☐ Rejection of Correspondence | > |

### SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response, or when the initial request for an administrative remedy is still in process.

### SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal <u>ONLY</u> if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

Offense:                                          Report date:

Facility where hearing was conducted:            Date of hearing:

Did you have an advisor?   ☐ yes ☐ no    If yes, name of advisor:

Did you identify witness (es) to the investigator?   ☐ yes ☐ no    Did your witness (es) testify?   ☐ yes ☐ no

Name(s) of any witness(es):

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: 37 Wayne Reece

Inmate number: 383651

Housing: B2-87

SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I'm writing this Grievance as a second attempt to resolve a Stripsearch Proceedure that officer Cerr has instilled in this unit. He is blatently open Homosexual and has been using this Proceedure along with another officer for self gratification and when you don't comply they shake your cell down or use other means to humiliate and belittle you. I've notified C.S. Stanley and nothings been done.

I'm requesting to know where, in what Directives this Proceedure is located and that this officer be removed and reprimanded as appropriate.

Inmate signature: _____    Date: 7-3-19

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

SECTION 5: DECISION/OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|

Disposition: _____    Date of Disposition: _____

Reason:

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature: _____    Date: _____

CN 960?

Commissioner of Corrections CT
District 1 District Admin.                    July 15th 2019
Warden, Bureau, Deputed, Trouin
ARC Bennett;

   I'm wrighting this in reply us to the grievance
process at Walker CI. I've written multiple grievances
with requests attached and still get them all sent
back returned with out Disposition. I have copies of
all grievances, requests and responses. This issue has
been ongoing with ARC Bennett since atleast
2015, I filed a suite over this issue and it
still persists. I would like to notify you of the
issue once again and else notify you that, because
of this ongoing issue these grievance matters will
be considered exhausted to the best of my
ability and a new suite will be filed against all
partys notified and all parties grieved.
             Thank you.

Return    137-008                    Wayne Rogers 383651
log #'s:   137-227                       MWCI
           137-231                    1153 East St South
           137-013                    Suffield CT 06080
           also multiple that
           never got returned
           and medical also.

                                     July 15th 2019



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

---

Facility/Unit: _Corrigan CC / E - Pod_     Date: _10 - 11 - 18_

Inmate name: _Wayne Rogers_     Inmate number: _323651_

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW**

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A. [X]** **I am filing a Grievance:**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B. [ ]** **I am requesting a Health Services Review:**

| [ ] All Other Health Care Issues | [ ] Diagnosis/Treatment | **Complete Section 4** |

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision)*

| [ ] Disciplinary Action | | > | **Complete Section 3 below** |
| [ ] Special Management Decision | [ ] Classification Decision | > | |
| **C. [ ]** [ ] Media Review Committee Decision | [ ] Furlough Decision | > | |
| [ ] Security Risk Group Designation | [ ] ADA Decision | > | **Complete Section 4** |
| [ ] Determination of Grievance Process Abuse | [ ] Rejection of Outside Tapes/CDs | > | |
| | [ ] Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
*Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.*

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |

| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? [ ] yes [ ] no | If yes, name of advisor: |

| Did you identify witness (es) to the investigator? [ ] yes [ ] no | Did your witness (es) testify? [ ] yes [ ] no |

Name(s) of any witness(es):

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I've spoken to the Unit manager and counselor and am being told that myself a phase 3 SRG inmate can Not have anyone but immediate family visits. As stated in AD 6.15 phase 3 inmates shall be allowed anyone to visit and NOT restricted to immediate family.

I am asking that Doc follow their own Directives set forth by the Doc and allow phase 3 inmates their visits or correct the directive, This is a gross violation of the rules set forth by the state in their Directive,

Thank you

cc: File, Paradise

Inmate signature: _____    Date: 10 - 11 - 18

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY — DO NOT WRITE IN THE SPACE BELOW

Date Received: _____    IGP #: _____    T#: _____

Disposition: RWD (12)    Date of Disposition: _____

Reason:

See attached CN9600.

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to: _____

Signature: _____    Date: _____



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Rogers, Wayne | | Inmate number: 323651 |
|---|---|---|

| Facility/Unit:   CRCC | Housing unit:  E 118 | Date:    10/15/18 |
|---|---|---|

Return log number:    RWD 100

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:   King | Date:    10/15/18 |
|---|---|


Inmate name: Wayne Rogers

Inmate number: 323651

Facility/Unit: Corrigan CC

Housing unit: E 118

Date: 10 - 9 - 18

Submitted to: Unit manager

Request: I would like to know why I'm being denied all but immediate family for visits when it clearly states in A.D. 6.14 that Phase 3 can have anyone!

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: MWCT - Walker B-2 | Date: 11-21-18 |
|---|---|
| Inmate name: Wayne Rogers | Inmate number: 323651 |

### SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A. ☒** I am filing a Grievance.
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B. ☒** I am requesting a Health Services Review:

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | Complete Section 4 |
|---|---|---|

I am filing an Appeal of a (select one below): *(Appeals must be filed within 15 days of notification of a decision.)*

**C. ☐**

| ☐ Disciplinary Action | | > | Complete Section 3 below |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | Complete Section 4 |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

### SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy ___ submitted on this form.
- The request for an administrative remedy and the ___ sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
|---|---|---|---|

| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |
|---|---|---|---|

Name(s) of any witness(es):

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I've been told there is no Book cart of Books for this unit by staff, counselors, and 2 different acting unit managers. I know for a fact there are Boxes of Books in the AP, and plenty of Books in the library, So theres no excuse why SRG has no Books! Per AD 10.16 (4) and (8) along with Federal regulation 28 CFR 544.100-101 and CGS §18-81, along with other various state and federal regulations I am entitled to library access and am requesting Books be distributed regularly and consistantly, or that all remedies be exhausted so I can follow proper legal proceedings.

Thank you.

CC: File, I up

Inmate signature:                    Date: 11-21-18

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 11/26/18 | IGP #: | T#: |
|---|---|---|

Disposition: Returned w/out Dispo    Date of Disposition: 11/26/18

Reason:

See Attached CN9606 Form

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|
| Signature: | Date: |

 

# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name:  Rogers, Wayne | | Inmate number: 323651 |
|---|---|---|
| Facility/Unit:   MWCI | Housing unit: B2-83 | Date:   11/26/2018 |
| Return log number:    137-100 | | |

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments

In accordance with Administrative Directive 9.6 Inmate Administrative Remedies Section 6 (A) an inmate must attempt to seek resolution prior to filing an inmate grievance. **You must go up the chain of command starting with your unit counselor, unit manager, etc.** In addition, you need to give staff 15 business days to respond to your inmate request CN9601 form before filing a grievance.

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:   ARC Bennett | | Date:   11/26/2018 |
|---|---|---|



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Wayne Rogers

Inmate number: 323651

Facility/Unit:

Housing unit: B2-88

Date: 11-16-18

Submitted to: Unit mgR.

Received in housing
from unit 12/3

Request: I'm being denied access to Books, there is supposed to be a Book Cart Utilized in this Unit once a week, Per A.D. 10.16, Can we get Books!!

CC: File, Unit mgR, I lup

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): STANLES

Title: CJ

Action taken and/or response: You received books if Your Getting From CC FERRISR YESTERDAY.

continue on back if necessary

Staff signature: Fran

Date: 12/4/18



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Rogers, Wayne | | Inmate number: 323651 |
|---|---|---|

| Facility/Unit: 125- CCI | Housing unit: EB2-07 | Date: 10/25/2019 |
|---|---|---|

Return log number: 7295

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: ARC Streat | Date: 10/25/2019 |
|---|---|



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: Cheshire CI East 2 | Date: 10-23-19 |
|---|---|
| Inmate name: Wayne Rogers | Inmate number: 323651 |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

| | **I am filing a Grievance.** |
|---|---|
| **A.** ☑ | • Prior to filing a grievance, you must attempt informal resolution. <br> • Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached. <br> • Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. |

| **B.** ☐ | **I am requesting a Health Services Review:** | | |
|---|---|---|---|
| | ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |

| | **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)* | | | |
|---|---|---|---|---|
| **C.** ☐ | ☐ Disciplinary Action | | > | **Complete Section 3 below** |
| | ☐ Special Management Decision | ☐ Classification Decision | > | |
| | ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| | ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| | ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
* Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

* Only one request for an administrative remedy must be submitted on this form.
* The request for an administrative remedy and the action sought should be stated simply and coherently.
* The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
* This request for an administrative remedy must be free of obscene or vulgar language or content.
* This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
* A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

* You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
* If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | | Report date: | |
|---|---|---|---|---|
| Facility where hearing was conducted: | | | Date of hearing: | |
| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | | |
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | | ☐ yes ☐ no |
| Name(s) of any witness(es): | | | | |

**CONFIDENTIAL**

(FOR OFFICIAL USE ONLY)

Inmate name: Wayne Rogess

Inmate number: 323651

Housing: E2 -

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I've been Requesting Notary Services, The Counselor and CTO have both been excelant about doing their part to notify The Person Whos Job it's but the Persons Who is Supposed to do notary has yet to do his Job. I'm being told the Person is unavailable. This is not acceptable, I have legal Documents that are time Sensitive. It's been 2 weeks that I've needed a Notary. I would like to know who is responsible and What will be done Please.

(CC & File)

Inmate signature:

Date: 10 - 23 - 19

- For all remedies except health services, deposit this form in the **Administrative Remedies** box.
- For a health services issue, deposit this form in the **Health Services** box.

**SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: | IGP #: | | T#: |
|---|---|---|---|
| Disposition: | | Date of Disposition: | |

Reason:

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature:      Date:



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Rogers, Wayne | Inmate number: 323651 |
|---|---|

| Facility/Unit: 125- Cheshire CCI | Housing unit: NB3-29 | Date: 11/27/2019 |
|---|---|---|

Return log number: 7428

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☐ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☒ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments

In accordance with Administrative Directive 9.6 Inmate Administrative Remedies Section 5 (E) ((3)), the request for an administrative remedy and the **action sought** should be stated simply and coherently. The action you requested is not clear or specific.

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: ARC Streat | Date: 11/27/2019 |
|---|---|



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: Cheshire North Block

Date: 11-17-19

Inmate name: Wayne Rogers

Inmate number: 323658

### SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

**Follow the instructions and Refer to Section 2 below**
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** [X] **I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** [ ] **I am requesting a Health Services Review:**

| [ ] All Other Health Care Issues | [ ] Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

**C.** [ ]

| [ ] Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| [ ] Special Management Decision | [ ] Classification Decision | > | |
| [ ] Media Review Committee Decision | [ ] Furlough Decision | > | **Complete Section 4** |
| [ ] Security Risk Group Designation | [ ] ADA Decision | > | |
| [ ] Determination of Grievance Process Abuse | [ ] Rejection of Outside Tapes/CDs | > | |
| | [ ] Rejection of Correspondence | > | |

### SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | Report date: |
|---|---|---|
| Facility where hearing was conducted: | | Date of hearing: |

| Did you have an advisor? | [ ] yes [ ] no | If yes, name of advisor: | |
|---|---|---|---|
| Did you identify witness (es) to the investigator? | [ ] yes [ ] no | Did your witness (es) testify? | [ ] yes [ ] no |

Name(s) of any witness(es):

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION**
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT..

I wrote a request a little over 20 days ago that recieved no response (see attached copy). According to AD. 10.7 (4)(E)(1K) states in part, "such designee shall not be the same person who made the initial mail room review."

The rejection/returned letter notification shows that "mailhandler" Ramires both discovered and rejected the incoming coorispondance. This is a clear violation of said Directive.

I would like this issue Rectified, and also would like to know why the rejected coorispondance was never sent back home.

Thank you

also why did the sender not recieve notice of the rejection.

cc: Files

Inmate signature: _____     Date: 11-18-19

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

**SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: | IGP #: | | T#: |
|---|---|---|---|
| Disposition: | | Date of Disposition: | |
| Reason: | | | |

☐ You have exhausted DOC's Administrative Remedies.     ☐ This matter may be appealed to:

Signature:                                              Date:



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Rogers, Wayne | Inmate number: 323651 |
|---|---|

| Facility/Unit: Cheshire | Housing unit: NB3-29 | Date: 2/5/2020 |
|---|---|---|

Return log number: 7597

---

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

Per Administrative Directive 9.6 Section A, an inmate may attempt to resolve the issue verbally with the ***appropriate*** staff member. If the verbal option does not resolve the issue, the inmate shall submit a written request CN 9601, inmate request form and staff has 15 business days to respond. You did not attempt a written informal resolution nor did you utilize the chain of command to resolve the issue with the appropriate staff member. You may re-submit this grievance once you correct these errors.

---

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator: ARC Green | Date: 2/5/2020 |
|---|---|



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: Cheshire /North 3

Date: 2/3/2020

Inmate name: Wayne Rogers

Inmate number: 323651

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**
Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A. ☒** I am filing a Grievance.
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B. ☐** I am requesting a Health Services Review:

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C. ☐** I am filing an Appeal of a (select one below): *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | Report date: |
|---|---|---|
| Facility where hearing was conducted: | | Date of hearing; |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | | |
|---|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | | ☐ yes ☐ no |

Name(s) of any witness(es):

**CONFIDENTIAL**

(FOR OFFICIAL USE ONLY)

Inmate name: Wayne Rogers

Inmate number: 323651

Housing: N 329

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

On 2-3-20 I spoke with the warden and was not satisfied with the response, and therefore exhausted my informal resolution. The North 3 unit officers have been refusing to allow outside recreation during rec time because they do not want to be outside. This is not a legitimate reason to deny Rec. The P.C. unit was outside, and North2.

This issue needs to be corrected I am entitled to outside rec as long as its above 35° and three people.

(cc: File)

Inmate signature:

Date: 2-3- 2020

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

| Date Received: 2/5/2020 | IGP #: | | T#: |
|---|---|---|---|

| Disposition: Returned Without Disposition | Date of Disposition: 2/5/2020 |
|---|---|

Reason:

# RETURNED WITHOUT DISPOSITION #7597

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: | |
|---|---|---|
| Signature: | | Date: |

Certification

I hereby certify that on 3-30-20 , a copy
of the foregoing was filed electronically useing
the courts CM/ECF system and can be accessed through
the courts system. this has been mailed to any
parties who can not access the courts system

X _____

Pro Se plaintiff
Kimoreh Parker 357229
Cheshire CI
900 Highland Ave
Cheshire CT 06410

Attachment

7

United States District Court
District of Connecticut

Kemorah Parker

V

Corrigan Radgowski Doc
Staff, ET, AL

Civil No 3:19 cv939(SRU)

3-30- 2020


# Affidavit of Wayne Rogers;

I, Wayne Rogers, am currently housed at Cheshire C.I. I have Filed multiple Grievances at this Facility that have gone un answered and/or Returned Without Disposition.

Cheshire CI has made the Grievance System unavailable.

I was housed at Corrigan CI in october 2018, and the Summer of 2015, Both times I had the Same issues with the Grievance System there.

I've had this issue at Walker CI and Northern also. This is an ongoing issue With Connecticut Doc in its Entirety.

I, Wayne Rogers, hereby Certify under pains and penalties of perjury this Affidavit is

True and correct. Any False Statements may be Prosecuted for up to 5 years in prison and $250,000 Fine. 18 U.S.C. §1621, 3571.

Wayne Rogers 323651
Cheshire CI
500 Highland Ave
Cheshire CT 06410