United States District Court
District of Connecticut
FILED AT   BRIDGEPORT

Clerks office

8 - 3 - 2020
Robin D. Tabora, Clerk

By_____
Deputy Clerk

Im writting to inform you of my
New Address

21 Cliff street
Waterbury ct
06710
203-596-0783

Kimorah Parker   3:19cv939